UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 21-CR-10118-IT |
| ) | |
| RAFAEL TORRES, ) | |
|     Defendant ) | |
| ) | |

**MOTION FOR RULE 11 HEARING**

Rafael Torres, defendant in the above-captioned matter, respectfully moves this Honorable Court to schedule this matter for a Rule 11 hearing on July 17, 2023.

        Respectfully Submitted,
        **RAFAEL TORRES**
        By his attorney:

        /s/ Jessica D. Hedges
        Jessica D. Hedges
        BBO No. 645847
        Hedges & Tumposky, LLP
        88 Broad St., Suite 101
        Boston, MA 02110
        T (617) 722-8220

**CERTIFICATE OF SERVICE**

I, Jessica D. Hedges, hereby certify that on this 6th day of July, 2023, I served one true and correct copy of this motion, through the electronic filing system, on all counsel of record in this matter.

        /s/ Jessica Hedges
        Jessica D. Hedges