# EXHIBIT A

June 28, 2023

Dear Judge Talwani,

Hello, my name is Alma Torres, I am Rafael Torres's younger sister. I am 30 years old, and I am a single parent of two. I have a daughter age fourteen and a son age twelve. I live in the city of Los Angeles, and I am employed full time for a well-known medical insurance company here in California, my position there is an appeal and grievance coordinator. Aside from my full-time job I also have an associate degree in Pharmacy Technician from Cerritos College, and I am currently enrolled to complete another Associates degree but this time as an MRI technician.

The relationship between my brother Rafael Torres and I has always been great. His conduct is very respectable toward other's and he does not judge other people for their mistakes. Beyond the fact that he is my brother, he is a very caring individual with a big heart. Someone you can always count on to be there when you need him, and not just for his family but also for his friends and the community. Since he is the oldest of nine siblings, I feel like he has always felt the need to protect us, and he really has done so for as long as I can remember. Since I was a young single mom at 15, he was always there for me. He has been someone that me and my children have aways felt supported by. I can remember myself always needing a ride to take my children to their doctor's appointments and my brother was always there to help. Rafael has made mistakes in the past he is a great person. My mother and father raised us to help others in need and our community as well and Rafael has always done so. Since my mother was in a church group we would always find out about people in need and Rafael would always sign up to help. He helped elderly people by delivering their market to them, my mother would prepare the bags for him, and he would deliver, load, and unload at the person's home. He also volunteers at our local church to help when we had activities or events. Rafael is not only helpful in the community but also with his family. He is the glue in our family and has been trying to move past his mistakes. My brother is 43 years old now, and I believe that he has reached a point in his life where he knows time will not come back or slow down. I believe he is ready to make changes in his life and deserves a second chance. He is a father of two and his children need him, they need his love and support. Unfortunately, we were not born in a fancy neighborhood nor in a big house or with a lot of money, but we were raised with love and respect. Rafael is not a bad person; he has a great heart and truly is the glue to our family as the older brother, we all love and respect.

Sincerely,

Alma Torres