# EXHIBIT B

From:

Sr. Rafael Torres and Maria Torres

██████████████████████████

Date: 06/29/2023

To:

The Honorable Judge Talwani

A little introduction of us, we are parents of Rafael Torres our names are Maria Imelda Torres and Rafael Torres. We were born in Mexico and migrated to united states in the 80's, we have lived here for over 40 years. I am Rafael Torres am currently retired and I worked as a truck driver for over 40 years. I am Maria Torres; I am also retired; I was a stay-at-home mom for 30 years and worked as a babysitter for Crystal Stairs for 15 years. We reside in the city of Apple Valley, California. We are parents to 9 kids.

We have known Mr. Torres his whole life as we are his parents. For us Rafael has been a loving child, has always been close to us and is always taking care of us. Throughout time he has not changed, he has remained the same. With his family he's always been loving, always helped us take care of his siblings as well as making sure that they are well. With his wife and kids, he has always been there, taking care of them and making sure that they have everything they need and more. Our son has a one-of-a-kind heart, always willing to help and always making sure everyone around him is doing okay. Our son is always willing to help anyone in need.

Our son is loved by a lot of people because he's always willing to help and always looking out for people in need. If he sees a homeless asking for money, he is quick to give whatever he can and help in any way that he can. A lot of people, including family members and strangers, knew that they could always count on him if they needed him, they knew he was just a call away. As a mom I remember one time I sent him to the grocery store to buy a few items that I needed to complete our meal and as he was walking in, he encountered a man who was in need. He had no food and he told him he was hungry, well my son being the good hearted person that he is he gave the man all the money that I had gave him to buy the groceries we needed and he came home to tell me that he couldn't buy the items because he had gave that man all the money that I had gave him. As a father I remember one time I was driving from Las Vegas back home, when the truck I was driving suddenly had mechanical issues. As soon as I told him what was going on he drove to my location to help me so that I wouldn't be alone. He went to pick me up and stayed with me until we were able to get help. My son has always been very helpful with everyone, especially with his family and the elderly. He's gone with me to work toward San Diego. Helping the youth was always the first thing on his mind beside the family of course, There was a time when we saw a kid walking in the hot weather. He pulled over and proceeded to give the kid some water. We have much more similar story of course that we can keep talking about but to finalizes. We ask for the justice's system to do the correct thing and not sentence an innocent man and rob him from his freedom. We also ask you to take into consideration his young son and the father that will be taken away from him.  Thank you.

Sincerely

*[signatures]*

Rafael Torres

Maria Torres