# EXHIBIT C

Christian Hernandez

June 23, 2023

Re: Rafael Torres

To: The Honorable Judge Talwani

I Christian Hernandez, resident of Illinois, currently employed as a general contractor, husband and father of 4 daughters am writing to you respectfully about my good friend and prior co-worker Rafael Torres. I have known Rafael for 14 years along with his family.

Let me begin by saying that Mr. Torres has been a great friend and support not only to myself but to my family as well. Rafael always has a hand to lend when you're in need and has a big heart. He is a very family-oriented man and a great son, father, brother and uncle. I have seen him interact with his kids, nieces and nephews in the past and he is so loving and caring with them. Rafael is the type of person that will take off the shirt on his back to give to you if needed. He is a great human being, who cares and is loved by so many people including family, friends and his community. He is compassionate towards others and always with a positive energy. He is a provider for his family and always takes care of his wife and kids.

On a personal level, Rafael is an organized, patient and intelligent individual. He is always looking to spend quality time with the people he loves. He is always just a call away; I remember one time having car issues and I called Rafael. He was there within minutes ready to help with his tool bag.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing.

I believe Rafael Torres is an honorable individual and a valuable member of his community.

Sincerely,

Christian Hernandez

