# EXHIBIT D

To Honorable Judge Talwani,

My name is Patricia Torres; I reside in the city of Apple Valley California. I am a currently a College student going for my Bachelors of Science in Nursing. I am also a full time mother while trying to set an example for my children to accomplish their dreams at all cost.

I have known Rafael Torres for 34 years as he is my brother. Growing up Rafael was more of a father figure to me. The many times I have been around Rafael and his family he is a very loving /caring person. He is a very responsible person who has always made sure his children, wife, sibling and parents are safe and well taken care of. Rafael has a big bond with his wife and children as well as his siblings and parents. Rafael has been more enlightened by the word of God being away from his family this long period of time. He has been more devoted to getting closer to God and walking by his hand and bettering himself in any way possible for his children and loved ones.

Anyone who has crossed Rafael's path can speak highly of him and his genuine heart and always ready to lend a hand to anyone in need even if you are not family. Rafael has always been a call away when I have been stranded, lost my keys or just needed a loving hug. Our family has made it a tradition to feed the homeless or anyone in need 2 to 3 times a year and Rafael has been a big support to that. Rafael would help prepare the food as well as drive around with the food, clothing, shoes etc while the children in our family would be so excited to help pass out the things to the less fortunate. He would also help out with church activities such as December 12 (Virgen Mary's Celebration). He would always offer to help set up for the event and clean afterwards.

Please do not hesitate to contact me if should require any further information ██████████

Thank you for your time and patience.

Sincerely,

Patricia Torres