# EXHIBIT E

6/22/2023

Respectable Judge Talwani,

I was born and raised in Guatemala, came to this country in 1989 pursuing the amazing American dream. I learned the language, I went to school, I worked hard and last year (2022) I proudly became a U.S Citizen, accomplishing the complete American Dream. I am a single mother of two amazing kids, My son works full time for a large corporation and my daughter just graduated high school. I work full time in city of La Mirada for almost 24 years (this July 2023). I have lived in different areas around Los Angeles but I made Compton CA my home.

I know Rafael for appx 20 years+. Rafael is my sister in-laws brother. I met him the first time at a family reunion where were introduced as the new in-laws. When I first interacted with him, I got the impression that he was shy, quiet and respectful, however, once I got to interact with him further, he was pretty funny and talkative once he felt comfortable. I used to see him at family reunions most of the time and from time to time, when he would come over to help out my brother. He was always on the go, helping friends, family, co-workers and or just acquaintances.

 I have to say, Rafael was always available to help out, anytime anybody needed help, all they had to do was " call junior" as we all know him as. Always ready to lend a hand at anytime. I once, needed help and he was there…present. I also witnessed how sweet, cuddly and loving he was to his kids when nobody was watching; very kind and gentle. It was more noticeable his display of love to his parents, you could see how much he loves them. If I have to describe to someone how he is….based on my interactions and observations; he is kind, sweet, gentle, a doer, shows he cares with actions, respectful and humble. The impact he has in his family and friends is his devotion to help others and look after others rather than himself. I distinctly remember, my brother had car problems and was stranded, the first person he thought was to "call junior", he answered and got into his car and came to my bother's aid, no questions, no hesitation, no excuses. THAT is the impact he has made in not just family and friends but to others in his community, who know him and who knows of him.

Respectfully,

Maria E. Hernandez.