# EXHIBIT F

June 28,2023

To: Honorable judge Talwani

## Rafael Torres

A brief background on myself, first I'd like to say God bless America. I am a marine corps veteran; I served my country in two tours, and I am a proud American. My name is Antonio Montoya, I am a resident of Apple Valley, California. I am currently an employee at Walmart distribution center. I am also a father. I had the pleasure of meeting Mr. Torres back in 2015.

I met Rafael eight years ago in Los Angeles at a fundraiser for children fighting cancer. With all honesty, my first thought when I saw this guy was damn, he is tall. That was where we initiated our friendship. Rafael has always been an honest helpful friend. A person I know I can always count on and no matter what time I call I know my good friend is always there for me. Rafael and I have a great number of memories and I can honestly say that they are all good memories. Throughout the years his characteristics have remained the same, our friendship has not changed one bit. I had the pleasure of interacting and coming around Rafael's family. He has a family that is very united, and he has always been an outstanding brother and son. As well as a loving husband and father. Rafael always expressed to me how much his children mean to him and how excited he is to watch them grow.

A positive memory that I share with Mr. Torres is one weekend he came over to my house with his wife and kids and we grilled some steaks and took our families on a fishing trip. That day was full of joy as we shared with our wives a few of the good moments we had as friends. That day I got to witness how Rafael took his time to teach his son how to properly place the fishing bait on the fishing pole. His son was happy to spend that time with his father and be able to learn something so great with him. Rafael also helped me along with my family whenever we encountered any mechanical issues with our vehicles. When I met him, we had talked about how he's been a mechanic for years and at the beginning I was a bit spectacle about it but after a few months of friendship I allowed him to work on my vehicle and I was his loyal customer after that. Although Rafael would almost never accept payment from me or my family for his mechanical work, I always liked giving him a little something or bought him a meal in exchange for his great work.

While our friendship and professional lives overlap, I will add that as a friend, Rafael has always been helpful, honest and loyal, even though these current problems. He's always helped me when I needed help and believes in values like individuality and freedom.

Sincerely,

Antonio Montoya