# EXHIBIT G

June 25, 2023

To: Honorable Judge Talwani,

The purpose of this letter is to provide a character reference for Mr. Torres, whom I have known as a brother and friend for over 29 years.

First and foremost, I would like to provide you with a little background on myself, my name is Maria Torres. I live in the city of Apple Valley, California. My profession is preschool teacher. I have worked as a preschool teacher over 5 years now and I am currently perusing a higher education in college. I am also a mother to an eight-year-old boy.

As mentioned previously, Rafael Torres is my oldest brother. I have known him my whole life for a total of 29 years. All my memories of Mr. Torres are good, there are no bad memories of my brother. My brother has always been close to all of his family, especially his wife and kids. When I think of my brother, I think of the good-hearted person that he is. Rafael has always shown us how to be kind and loving towards others as well as how to always help others. As a kid my brother was always there helping my mom raise us and take care of us as my father worked long shifts and he did such an amazing job. Of all my siblings I can honestly say that Rafael is the one with the kindest heart, always looking out for all his siblings as well as for my parents. Not only for the family but also for others and helping them out in any way possible regardless of if the person was family or a simple stranger. My brother has been an auto mechanic for as long as I can remember and has always worked on all of our cars. Any mechanical issue we had he was there to take care of it, although this was his stream of income, he never wanted us, his siblings or parents, to pay him for any work he did on our cars.

Lastly, I would like to express some things about Rafael that show a little bit of who he really is and how he's separated himself from previous choices. For the past few years my brother Rafael along with myself and my parents had a tradition of going out to feed the homeless, every year we went out for thanksgiving and Christmas, and we delivered the homeless warm food, drinks to stay hydrated as well as clothes. Since most of those homeless in our city were men, he would go in his closet and just grab a bunch of pants, sweaters, and shoes and he would donate them so we can give them clothes along with the other mentioned items. One specific memory that I have that warmed my heart was one thanksgiving we were running late to our family gathering and we stopped by a grocery store, on our way out a homeless man was sitting on the cold rain asking people for food only wearing a tank top and pants. My brother seen him and with no hesitation went back into the store and bought him a warm meal and warm drink. He then took off his long sleeve shirt, jacket, socks, and shoes and gave them to him. He then told the man not to leave and we drove back home where he got the man a warm blanket. Rafael was also very involved in our church, and he always helped our church with their yearly fair as well as donating money to the church. I speak to my brother at least two times a week and since he got arrested, he's told me how he got himself into reading books, he got a job there as well as getting himself therapy. He tells me how anxious he is to see his wife and kids, especially his son who he would take to school every day. Rafael is an amazing father as well as a loving husband who was always there with his family helping his wife raise their kids. Along with that he's an exceptional brother to all

of his siblings as well as an amazing son to our parents. Mr. Torres is well known and loved by our community as he was a great mechanic and friend to a lot of the people in our community. He is so loved because he helps everyone and if your car had a problem and you didn't count on much money, he would either do it for free or he would allow them to pay him in payments. I can proceed with many more similar stories that I would love to share but wouldn't like to overextend this letter. Furthermore, it is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Rafael Torres to be an honorable individual and a valuable member of my family and community, and overall, a good human being.

Sincerely,

*[signature]*

Maria Torres