# EXHIBIT H

From: Mayra Hernandez

June 25, 2023

Re: Rafael Torres

To: The Honorable Judge Talwani

I, Mayra Hernandez, resident of the state of Illinois, currently a stay-at-home parent/ personal assistant and mother of 2 teenage girls, am writing to you with all respect in reference to Mr. Rafael Torres. I have known Rafael all my life, 30+ years. Rafael and I shared childhood and now adulthood together.

Allow me to start by saying that Mr. Torres has always been a very caring person. He always puts everyone before himself. I recall when we were kids, he always made sure I had a popsicle even if he didn't get one himself because he would rather spend his money on me than on himself. As adults' things didn't change, I remember one time I had a flat tire, and he came to the rescue even though it was late at night he got out of bed and came to help. Rafael has a heart of gold and is always there when you need him. He is also a great son to his parents, always caring for them in any way he can, and a wonderful dad to his kids. He is a good provider to his family and always takes care of all his loved ones. Mr. Torres is a loving and exceptional brother to all his siblings, always taking care of them in any way, shape or form.

As an individual, Rafael is very patient, caring and smart. He is always looking to better himself and others. He is respectful and keeps to himself. To be a loved one of Rafael is to be lucky because he will always be there for you.

I genuinely hope that my letter is taken into consideration for sentencing. I believe Rafael Torres is a good human being and an honorable individual with so much more to offer.

Sincerely,

Mayra Hernandez