# EXHIBIT I

# EXHIBIT I

June 28, 2023

Dear Judge Talwani,

   Hi my name is Sergio Rivera Jr, I'm a Union Carpenter, I am 30 years of age, and I'm a step parent to 2 kids that have made me the person I am today.

   I am Rafael's sister Alma Torres's partner, and I've been with her for almost nine years. I met Rafael Torres a year later after getting together with his sister. This man is the brother to 6 sisters, and 2 brothers that ultimately depend on him for mostly everything of mechanics, to fixing their homes house appliances, being there for them when they feel alone, to helping them get to work and back if they have no ride, and even being there for them when there sick and in times of need.  He's also a son, a husband, and a father to 2 kids that highly depend on him. He is the oldest of the brothers and sisters and the one that keeps this family in line.

   For the most part this guy is not a bad person at all, he just has made mistakes in his life that were wrong.  Rafael Torres Jr is a supportive and loving father, son and brother that ultimately bonds his family together through the happy and tough times. He is not a bad person, he has just made poor choices. My only hope is that you please take this into consideration.

Sincerely,

Sergio Rivera Jr.