# EXHIBIT J

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## RAFAEL TORRES

HAS SUCCESSFULLY COMPLETED THE

*Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Majo

July 2022

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## RAFAEL TORREZ

HAS SUCCESSFULLY COMPLETED THE

*Living with Others*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major

March 2022



# CERTIFICATE of COMPLETION

PRESENTED TO

## RAFAEL TORRES

HAS SUCCESSFULLY COMPLETED THE

*Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major

February 2022

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anxiety Self-help Guide

Granted March 16, 2022

_Betsy E. Riccio, LMHC_, LMHC, MH Clinician

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Manage Stress

Granted July 1, 2022

Betsy E. Riccio, LMHC, MH Clinician



DONALD W. WYATT DETENTION FACILITY

CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

Raphael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

MENTAL HEALTH AWARENESS

Granted: 07.07.2022

NICOLE E. RODRIGUES, MH COORDINATOR

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Anger Management for Substance Use

Granted June 20, 2022

Betsy E. Riccio, LMHC, MH Clinician

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## What is Right For Me

Granted August 16, 2022

*Betsy E. Riccio, LMHC, MH Clinician*



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Relaxation Techniques

Granted August 16, 2022

Betsy E. Riccio, LMHC, MH Clinician



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Coping Skills

Granted August 16, 2022

Betsy E. Riccio, LMHC, MH Clinician

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Assertive Skills

Granted August 16, 2022

*Betsy E. Riccio, LMHC, MH Clinician*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Rafael Torres

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Cognitive Processing Therapy

Granted August 16, 2022

Betsy E. Riccio, LMHC, MH Clinician

# Central Falls Detention Facility Corporation

*This is to certify that*

## RAFAEL TORRES

*Has Satisfied Basic Kitchen Standards*

Completed On
**09/08/2023**



_____
Michael Nessinger
Warden

_____
Jonathan Chaplin Kurtz
Food Service & Commissary Director

**ARAMARK**



# CERTIFICATE of COMPLETION

PRESENTED TO

## RAFAEL TORRES

HAS SUCCESSFULLY COMPLETED THE

### PARENTING WORKSHOP

At The Donald W. Wyatt Detention Facility

Jean Singleton
Programs Specialist

S. Devonis
Classification Manager

May 2023