# EXHIBIT K

## Transcript for RAFAEL TORRES | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Apr 11, 2023 | Apr 11, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Implicit Bias | E-Learning Course | Apr 11, 2023 | - | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Apr 26, 2023 | Apr 27, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Apr 12, 2023 | Apr 12, 2023 | 0.05 | 0.50 | Passed | 80 | - | Apr 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Apr 11, 2023 | Apr 11, 2023 | 0.2 | 2.00 | Passed | 90 | - | Apr 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Apr 28, 2023 | Apr 28, 2023 | 0.08 | 0.75 | Passed | 80 | - | Apr 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| American Heart Association Emergency First Aid (Corrections) | E-Learning Course | Apr 12, 2023 | Apr 29, 2023 | 0.1 | 1.00 | Complete | 0 | - | Apr 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Apr 12, 2023 | Apr 23, 2023 | 0.1 | 1.00 | Passed | 90 | - | Apr 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Apr 19, 2023 | Apr 25, 2023 | 0.1 | 1.00 | Passed | 90 | - | Apr 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | May 2, 2023 | May 2, 2023 | 0.05 | 0.50 | Passed | 88 | - | May 2, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Apr 29, 2023 | Apr 29, 2023 | 0.1 | 1.00 | Passed | 100 | - | Apr 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Capacitación sobre seguridad en andamios y escaleras de mano (Spanish) Scaffold and Ladder Safety Training | E-Learning Course | Apr 12, 2023 | Apr 28, 2023 | 0.05 | 0.50 | Passed | 87 | - | Apr 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| CERT | Learning Path | - | - | - | - | Completed | - | - | May 21, 2023 | - | - |
| CERT Firefighter Rehab Operations | E-Learning Course | May 4, 2023 | May 4, 2023 | 0.1 | 1.00 | Passed | 90 | - | May 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CERT Unit 3 and 4: Disaster Medical Operations | E-Learning Course | May 1, 2023 | May 1, 2023 | 0.15 | 1.50 | Passed | 83 | - | May 1, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Chainsaw Safety | E-Learning Course | Apr 11, 2023 | Apr 11, 2023 | 0.05 | 0.50 | Complete | 0 | - | Apr 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | May 21, 2023 | May 26, 2023 | 0.15 | 1.50 | Passed | 100 | 80 | May 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | May 21, 2023 | May 25, 2023 | 0.15 | 1.50 | Passed | 92 | - | May 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Compressed Gas Safety | E-Learning Course | May 21, 2023 | May 21, 2023 | 0.08 | 0.75 | Passed | 100 | - | May 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Hazards | E-Learning Course | May 1, 2023 | May 1, 2023 | 0.05 | 0.50 | Passed | 86 | - | May 1, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Hazards | Learning Path | - | - | - | - | Completed | - | - | May 22, 2023 | - | - |
| Creativity and Innovation | Learning Path | - | - | - | - | Not Started | - | - | No | - | - |
| Cross-Cultural Business Communication and Diversity | Learning Path | - | - | - | - | Not Started | - | - | No | - | - |
| Domestic Abuse | E-Learning Course | May 23, 2023 | May 24, 2023 | 0.2 | 2.00 | Passed | 82 | - | May 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Drug-Free Workplace | E-Learning Course | May 26, 2023 | May 26, 2023 | 0.03 | 0.25 | Passed | 0 | - | May 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Effective Health and Safety Committees | E-Learning Course | May 7, 2023 | May 22, 2023 | 0.1 | 1.00 | Passed | 80 | - | May 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety (Corrections) | E-Learning Course | May 3, 2023 | May 3, 2023 | 0.1 | 1.00 | Passed | 90 | - | May 3, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Electricity | E-Learning Course | May 2, 2023 | May 3, 2023 | 0.1 | 1.00 | Passed | 88 | - | May 3, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | May 22, 2023 | May 22, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Excavation and Trenching Awareness | E-Learning | Apr 29, 2023 | May 1, 2023 | 0.15 | 1.50 | Passed | 100 | - | May 1, | CypherWorx, | 3349 Monroe Avenue, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Course | | | | | | | | 2023 | Inc. | Suite 119, Rochester, NY |
| Food Service Worker: Annual Food Safety Training | E-Learning Course | May 21, 2023 | May 21, 2023 | 0.03 | 0.34 | Complete | 0 | - | May 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Hazard Awareness | Learning Path | - | - | - | - | Not Started | - | - | No | - | - |
| Hazard Communication Advanced (Corrections) | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Hazardous Materials (Corrections) | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills | Learning Path | - | - | - | - | In Progress | - | - | No | - | - |
| Interviewing Skills: EEO Guidelines | E-Learning Course | May 27, 2023 | May 27, 2023 | 0.05 | 0.50 | Passed | 92 | - | May 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills: Evaluating and Deciding (Corrections) | E-Learning Course | May 30, 2023 | May 30, 2023 | 0.07 | 0.67 | Passed | 100 | - | May 30, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | May 2, 2023 | May 2, 2023 | 0.04 | 0.42 | Complete | 0 | - | May 2, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | May 21, 2023 | May 22, 2023 | 0.08 | 0.75 | Passed | 90 | - | May 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Marchman Act: The Florida Substance Abuse Impairment Act | E-Learning Course | May 26, 2023 | - | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Media and Social Media Best Practices | E-Learning Course | May 23, 2023 | May 23, 2023 | 0.03 | 0.25 | Passed | 100 | - | May 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | May 25, 2023 | May 30, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 30, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | May 22, 2023 | May 22, 2023 | 0.1 | 1.00 | Passed | 83 | - | May 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Office Safety and Health | E-Learning Course | May 21, 2023 | May 21, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Substance Abuse | Learning | - | - | - | - | In Progress | - | - | No | - | - |

## Transcript for RAFAEL TORRES | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Apr 11, 2023 | Apr 11, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Implicit Bias | E-Learning Course | Apr 11, 2023 | - | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Apr 26, 2023 | Apr 27, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Apr 12, 2023 | Apr 12, 2023 | 0.05 | 0.50 | Passed | 80 | - | Apr 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Apr 11, 2023 | Apr 11, 2023 | 0.2 | 2.00 | Passed | 90 | - | Apr 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Apr 28, 2023 | Apr 28, 2023 | 0.08 | 0.75 | Passed | 80 | - | Apr 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| American Heart Association Emergency First Aid (Corrections) | E-Learning Course | Apr 12, 2023 | Apr 29, 2023 | 0.1 | 1.00 | Complete | 0 | - | Apr 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Apr 12, 2023 | Apr 23, 2023 | 0.1 | 1.00 | Passed | 90 | - | Apr 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Apr 19, 2023 | Apr 25, 2023 | 0.1 | 1.00 | Passed | 90 | - | Apr 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | May 2, 2023 | May 2, 2023 | 0.05 | 0.50 | Passed | 88 | - | May 2, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Apr 29, 2023 | Apr 29, 2023 | 0.1 | 1.00 | Passed | 100 | - | Apr 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Capacitación sobre seguridad en andamios y escaleras de mano (Spanish) Scaffold and Ladder Safety Training | E-Learning Course | Apr 12, 2023 | Apr 28, 2023 | 0.05 | 0.50 | Passed | 87 | - | Apr 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| CERT | Learning Path | - | - | - | - | In Progress | - | - | No | - | - |
| CERT Firefighter Rehab Operations | E-Learning Course | May 4, 2023 | - | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |