# EXHIBIT L

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

February 23, 2023

Kristen Damaso
Chief of Programs
Donald W. Wyatt Detention Facility

RE: Detainee Torres Rafeal
To Whom It May Concern:

As believers in the thought process" Clear your space, Clear your mind" The Wyatt Detention Facility Programs department recently spearheaded a painting/cleaning detail in all of our housing units including painting cells, painting the day room walls and railings, cleaning staircases, freshening up bulletin boards, painting showers, and general cleaning of living space to reduce clutter. Although not forced to help, detainees were asked if they wanted to assist in the process. Some detainees refused to help, some detainees complained about the inconvenience but some detainees stepped up and helped the staff assist in the details. This was helpful not only to complete the project but also to help change the mindset and tone of the detainee population to a teamwork effort.

It was a pleasure to have Mr. Torres on the detail team. While on the team, he was an integral part of the success of the detail. Detainee Torres has donated his time and effort to improve the space where all of the detainees currently lay their heads. We thank him for his time, effort, and dedication to their housing unit, and the facility as a whole.

Sincerely,

Major Kristen Damaso
Chief of Programs