# Linesheet - Minimization Details

## Selection Criteria

Case: CC-20-0025
'User Defined:
All Digits contains 3863343' filter applied
'Sel. clas.:
Classification is [Pertinent]' filter applied

## Report Comments:

NONE

**Linesheet - Minimization Details**                          User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 106 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 22:54:34 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR335 |
| **Stop Time:** | 22:55:20 EST | **Duration monitored:** | 00:00:46 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/08/2020 | **Total Duration:** | 00:00:46 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        UM3343 to LARIOS

UM:        [Aside conversation]

LARIOS:        Hello!

UM:        What's up, dude?

LARIOS:        What's up, dude? Are you sleeping?

UM:        No, I'm [U/I] right now.

LARIOS:        Oh... I wanted to see you, to give you something, dude.

UM:        Where are you, dude?

LARIOS:        Here at the house; you have to come quickly.

UM:        [Coughs] Alright then.

[End of Call]

Monitored by:        MONITOR335
Summarized by:        MONITOR335
Revised by:        Monitor247


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:54:34 EST |
| Minimize On (System) | 22:55:03 EST |

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 111 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 15:29:01 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 15:30:42 EST | **Duration monitored:** | 00:01:41 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/09/2020 | **Total Duration:** | 00:01:41 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:      UM3343 to LARIOS

Parties greet.

LARIOS:      Listen, dude! I left something at my mother-in-law's, to see if you could send it to the cousin, dude; yesterday when you left I forgot to tell you about it.

UM:      Okay. She has it there? [Voices Overlap]

LARIOS:      You remember the name, right? Yes, she has it; it's only 300 bucks.

UM:      Yeah, I think I got it... I think I got it in the... in the [Voices Overlap]

LARIOS:      Already saved (number), yeah.

UM:      Yeah.

LARIOS:      Yeah, yeah. As soon as you can [Voices Overlap]

UM:      I will go later, and [Voices Overlap]

LARIOS:      Because he's got no money on him.

UM:      What was that?

LARIOS:      I'm saying the sooner the better, because the fucking dude is saying he's got money no money on him.

UM:      Oh, he's got no money on him?

LARIOS:      Yeah, he's got no money on him.

UM:      Mm... I'll do it right now.

LARIOS:      Alright then.

NONE

**Linesheet - Minimization Details**                                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS tells UM that he is going to send him a picture of the place he's at, adding that it's very cool and that they should go there on vacation. LARIOS says there are a lot of private houses with pools.

LARIOS:          So, take care of that. Let me know and send me the picture, so that I can send it to that dude.

UM:        Alright then.

LARIOS:          Alright then, all set.

[End of Call]

Monitored by:    MONITOR127
Summarized by:  MONITOR127
Revised by:        Monitor247

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:29:01 EST |

| Session: | 113 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 16:53:02 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 16:54:51 EST | Duration monitored: | 00:01:49 | In/Out Digits: | 15623863343 |
| Date: | 01/09/2020 | Total Duration: | 00:01:49 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          UM3343 to LARIOS

LARIOS:          Hello.

UM:        Are you busy, dude?

LARIOS:          No... [Voices Overlap]

UM:        Did you get that?

LARIOS:          Yes, I already sent it.

UM:        You have to [Voices overlap]

**Linesheet - Minimization Details**                                   User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:            I already sent it [Voices overlap]

UM:       Listen, you didn't tell me anything. You don't know what's up?

LARIOS:            Um... um... listen, go to the house... go to the house. I did tell him, dude but... you are gonna have to... go to my house, and in the room... where the window is, where the big bureau is... it's the blue one. Okay, there's a phone there and it says 909 on the back, turn it on. Go grab it and then turn it on, and then call me and I will tell you who to call. And I will tell you what to tell them.

UM:       Okay.

LARIOS:            You know what I mean?

UM:       Alright.

LARIOS:            So, just do that. And another thing... when you go in my room, as soon as you walk in the room, in the bureau... in the first drawer from the bottom, not the first one the top the top; from the bottom one...

UM:       Um-hum.

LARIOS:            Open it, and there will be a... like a blue sweater or something like that... I have a little thing right there, you know what I'm saying? Grab it. Yes, grab it, dude.

UM:       Okay.

LARIOS:            Call me when you get there, and I will tell you.

UM:       I will call you when I'm there, dude.

LARIOS:            Okay. All set.

UM:       Alright then.

[End of Call]

Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:       Monitor247

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:53:02 EST |

**Linesheet - Minimization Details**          User:          Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 114 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 17:11:47 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR335 |
| **Stop Time:** | 17:13:54 EST | **Duration monitored:** | 00:02:07 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/09/2020 | **Total Duration:** | 00:02:07 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:         UM3343 to LARIOS

Parties greet.

UM:      Hey, I'm right here at your house, I'm already at your house [U/I].

LARIOS:          Tell my mother-in-law that I told you. Go to the room and once you go in, the first drawer of the big one where the TV is, the first drawer, not the one on top, the one all the way to the bottom.

UM:      Of the first ones when I go in?

LARIOS:          When you go in, on the right hand side, where the TV is, the big one; the bottom drawer, the bottom drawer there will be a... like a shirt or sweater, blue and it'll be in a ziplock bag, dude. There's a [U/I] take it out, take it.

UM:      Okay.

LARIOS:          And when you... when you walk... straight, walk straight by the bed across [U/I] down there there's a box like right next to window and there will be a blue bag.  Grab the blue bag and.... see if there's a phone that says 909 in the back.  Grab it and turn it on.

UM      I think she is not home.

LARIOS:          Huh? She's not home?

UM:      I don't think so. [Voices overlap]

LARIOS:          [U/I] Julian in the corner, dude. She's at the corner waiting for the bus to arrive. It gets there before 4:00, what time is it? 3:00?

UM:      2:13.

LARIOS:          Oh so she went out.

UM:      I don't know.

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target:  Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          She's not home?

UM:      She's not answering.

LARIOS:          Is the door open or locked? Both? Is the door closed?

UM:      Yeah. Let me tell her I'ma call in... now that... if it's [U/I] I'll call you.

LARIOS:          Alright, but just do it like I tell you.

UM:      Okay.

[End of Call]

Monitored by:    MONITOR335
Summarized by:  MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 17:11:47 EST |
| Minimize On (System) | 17:13:54 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 125 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 20:40:35 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR335 |
| **Stop Time:** | 20:42:07 EST | **Duration monitored:** | 00:01:32 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/10/2020 | **Total Duration:** | 00:01:32 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        UM3343 to LARIOS

LARIOS says that he was calling to see if you had taken Ivan.  LARIOS says that Ivan told him that they were on the way.  UM says that he already dropped him and gave him (Ivan) his phone number to go pick him up.  LARIOS thanks him and says that he'll see him on Sunday.

LARIOS:          Hey! you didn't grab the phone, dude.

UM:      I do need it, but... but I didn't go. I will go get it, dude.  I will tell my girl and we'll go and [Voices overlap]

NONE

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:            Yeah, if not call me, call me so you can grab it. Or [U/I] Ivan, however you want.

UM:        Once I'm free, dude.

LARIOS:            Alright then. All set.

[End of Call]

Monitored by:        MONITOR335
Summarized by:    MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:40:35 EST |

| Session: | 131 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:31:56 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 15:36:08 EST | Duration monitored: | 00:04:12 | In/Out Digits: | 15623863343 |
| Date: | 01/11/2020 | Total Duration: | 00:04:12 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        UM3343 to LARIOS

Parties greet.

UM says he's right there in LARIOS' room.

LARIOS:        Okay, go in and in the bottom drawer, when you first go in, from the top, one, two, three, the one on the bottom, there's a blue sweater around there and it's in a ziplock bag right there, kind of big. It's in it.

UM:        In the... [U/I] or in the drawer that's straight? Like going straight.

LARIOS:        No, no, as soon as you go in, dude. Under the [U/I], yes. In the first, in the first... as soon as you come in, dude. The third drawer on the bottom.

UM:        Uh-huh, starting from the bottom or from the top?

LARIOS:        The one on the bottom, right on the bottom, the one closest to the floor.

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:       Okay. [Voices overlap]

LARIOS:          Move things around, you'll see a damn ziplock bag, kinda big. It's wrapped inside.

UM:      It has to be in a blue sweater?

LARIOS:          Like wrapped inside a blue sweater.  Move things around, it should be there, in that drawer. You found it?

UM:       And the phone? Where is it?

LARIOS:          The phone is, did you find it?

UM:       I found it. It has to be inside a ziplock, right?

LARIOS:          A ziplock, uh-huh, like in the middle of [Voices overlap]

UM:       [U/I]

LARIOS:          Yes. Okay, so where the window is, where I used to have the [U/I]. Remember I used to have the [U/I] in boxes next to the window?

UM:       Okay, where the window is...

LARIOS:          Where the big cabinet is, the big one. Where the windows are.

UM:       Yes, yes.

LARIOS:          My blue bag is there, dude. My bag, in one of the boxes.

UM:      In one of the boxes?

LARIOS:          Yes, my little blue bag is in one of the boxes; the one I carry... for the phones, dude.

UM:       Yes.

LARIOS:          You saw it? Okay, open it, open it and... [Voices overlap]

UM:      It has to [U/I]

LARIOS:          No, that's on the floor, dude. It has to be a blue one.

UM:      There's [U/I] and there's a [U/I]

LARIOS:          Okay, open it and there's going to be a phone that says 909 in the back. You found it?

UM:       No, the phone is not here.

NONE

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:            It's in one of the bags. Yes, it's in one of the bags.

UM:      You dropped it, right?

LARIOS:            What?

UM:      The phone, you dropped it? It has like a little scratch?

LARIOS:            It's inside, no?

UM:      Yes, there's one there but it's scratched.

LARIOS:            The 909?

UM:      Yeah.

LARIOS:            So that's the one. I think I dropped it. Okay, 909. Turn it on, the password is going to be 8088 or 7575.

UM:      Okay.

LARIOS:            So when you turn it on and... the number you are going to dial is area code 424 or 422, something like that.

UM:      424 or 422...

LARIOS:            Uh-huh, it starts with a 4.

UM:      I [U/I] because [U/I].

LARIOS:            You found it, right?

UM:      Yeah.

LARIOS:            Okay, once you turn it on, it's the only one... I think it's the last call I made. It's the only one that has an area code that starts with a 4 dude, 422 or 444 or 424 or something like that. Call that number and tell him, "Hey I'm Pariente... I'm Pariente (relative) of Las Uñas (Nails), he told me to call you" tell him "what's up." And that's it.

UM:      What?

LARIOS:            From Las Uñas [The Nails]  [Voices Overlap]

UM:      Oh! [U/I]

LARIOS ...I'm Pariente (relative) of Las Uñas and he told me to call you regarding to the "little party"... just tell him that. He knows what's up.

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:      Okay; let me call him

LARIOS:          Okay then.

[END OF CALL]

Monitored by:     MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:31:56 EST |

| Session: | 135 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 19:18:03 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 19:19:15 EST | Duration monitored: | 00:01:12 | In/Out Digits: | 15623863343 |
| Date: | 01/12/2020 | Total Duration: | 00:01:12 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          LARIOS to UM3343

LARIOS:            [Aside: I don't know.]

UM:      Hello. [Voices Overlap]

LARIOS:            [Aside: Um... today.]

UM:      What's up, dude?

LARIOS:            What's up, dude? What are you doing?

UM:      Here... I came to grab some food for Ivan.

LARIOS:            [Chuckles] Fucker... I'm telling you. What was I going to tell you... um... to see if you can
pick me up later on, dude. I arrive at 10:35.

UM:      What time, dude?

**Linesheet - Minimization Details**                          User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          10:35.

UM:       Hit me up when you... [Voices Overlap]

LARIOS:          American Airlines.... when I'm heading down [Voices Overlap]

UM:       Okay.

LARIOS:          When I'm heading down. Remember, around 10:30. Alright.

UM:       Alright then.

LARIOS:          Bye.

[End of Call]

Monitored by:     MONITOR127
Summarized by:   MONITOR127
Revised by:       Monitor247

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:18:03 EST |

| Session: | 158 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 14:43:32 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 14:45:14 EST | Duration monitored: | 00:01:42 | In/Out Digits: | 15623863343 |
| Date: | 01/13/2020 | Total Duration: | 00:01:42 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          LARIOS  to UM3343

Parties greet.

LARIOS says that the call is breaking up.  UM says that when he puts his phone on speaker it gets off it on its own.

UM:       To see if you can talk to the guy.

LARIOS:          I just seen him right now, I gave him a check.

**Linesheet - Minimization Details**                              User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:      Alright, [U/I] dude.

LARIOS:          Are you home?

UM:      Getting there.

LARIOS says that he's on his way to pick up his wife and go there; he was calling UM to invite him to lunch; but he did not answer.

UM asks at what time did LARIOS get back.  LARIOS says that around 9:00.  UM says that he didn't see the call.  LARIOS says that he is going to be at the house.  UM acknowledges.

[End of Call]

Monitored by:     MONITOR335
Summarized by: MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:43:32 EST |

| Session: | 166 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:26:13 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 15:26:43 EST | Duration monitored: | 00:00:30 | In/Out Digits: | 15623863343 |
| Date: | 01/13/2020 | Total Duration: | 00:00:30 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:         LARIOS to UM3343

LARIOS:           Where are you, dude?

UM      I'm here already.

LARIOS:           On my way.

UM      I'll be right there.

LARIOS:           Alright.

[End of Call]

NONE

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Monitored by:     MONITOR335
Summarized by: MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:26:13 EST |

| Session: | 195 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 16:25:27 EST | Duration minimized: | 00:00:05 | Monitor ID: | MONITOR127 |
| Stop Time: | 16:29:27 EST | Duration monitored: | 00:03:55 | In/Out Digits: | 15623863343 |
| Date: | 01/14/2020 | Total Duration: | 00:04:00 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        LARIOS to UM3343

LARIOS:        [Background: ... the house were they were leaving and they want them to leave by tomorrow]

Parties greet  LARIOS asks if he will be able to go or not. UM says he doesn't know; because he's almost done getting everything out (Moving out) . UM says he has not been able to finish everything; and he's doing trips.

LARIOS instructs him to rent a U-haul and he can do everything in one trip. UM says that he has the car and the truck.  LARIOS says to rent a U-Haul for$75 and take everything out at once.  LARIOS tells UM to call his friends to help him.  LARIOS tells UM to get a storage.  LARIOS asks if UM is going to stay at his mom's.  UM affirms.  LARIOS says to just grab the clothes he will use and put everything else in a storage.

UM says he's doing that; and will get rid of things he doesn't need.  LARIOS asks why can't they give UM until the end of the month. UM says that the landlord's dad is dying and he might bring him there.

LARIOS says UM should complaint about being kick out of his place. UM says he was told to leave the place on the holidays.

LARIOS says he will see him in an hour.

[END OF CALL]

NONE

**Linesheet - Minimization Details**                           User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Monitored by:     MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:25:27 EST |

| Session: | 226 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:25:58 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 15:26:43 EST | Duration monitored: | 00:00:45 | In/Out Digits: | 15623863343 |
| Date: | 01/15/2020 | Total Duration: | 00:00:45 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | English | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:         Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:          LARIOS to UM3343

[Background: TV on]

UM:       What's up, dude?

LARIOS:            [Aside: Wait, wait] Did you go make the deposit already?

UM:       No, no... I'mma go... I'mma go right now. I just [U/I] right now.

LARIOS:            Alright then, all set.

UM:      I'm about to go do that right now, and I will send you the picture, dude.

LARIOS:            All set. Alright, thanks, man.

[End of Call]

Monitored by:     MONITOR127
Summarized by:  MONITOR127
Revised by:       Monitor247


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:25:58 EST |

NONE

**Linesheet - Minimization Details**                                      User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 227 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 18:36:09 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR247 |
| **Stop Time:** | 18:36:51 EST | **Duration monitored:** | 00:00:42 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/15/2020 | **Total Duration:** | 00:00:42 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        UM3343 to LARIOS

LARIOS:        [U/I].

[Static]

UM:        [U/I].

LARIOS:        What's up, dude?

UM:        Where did you say there is the [U/I]?

LARIOS:        Once you go in the office... [U/I], in the first drawer.

UM:        Oh, okay.

LARIOS:        Do you see it?

UM:        I see it now... I'm about to go in there; I was in the other one.

LARIOS:        Alright then, all set. In the big one, dude. In the big office [ph]. Okay.

UM:        Alright.

[End of Call]

Monitored by:        Monitor247
Summarized by:        Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:36:09 EST |

Linesheet - Minimization Details                     User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| Session: | 257 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 20:23:44 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 20:25:59 EST | Duration monitored: | 00:02:15 | In/Out Digits: | 15623863343 |
| Date: | 01/16/2020 | Total Duration: | 00:02:15 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        FARIO N" "TORRES"


Synopsis:          LARIOS to UM3343

Parties greet.

UM asks if everything is good with LARIOS.  LARIOS affirms.

LARIOS says that he went to a place were there was no service and the phone had died and he didn't have the charger with him.

LARIOS says that he just charged his phone and had like 100 messages.  LARIOS says that he spoke to her (wife) and told her not to worry.  LARIOS says that there is no reception where he was and says that there isn't even electricity where he was.

UM asks when is LARIOS back.  LARIOS says that he will be back tomorrow around 9:00 or10:00.  LARIOS says that he will call UM to see if UM pick him up at work.

LARIOS says that he will go tonight and will be back in the morning. LARIOS says that he is leaving tomorrow afternoon.

Parties say their good byes.

[End of Call]

Monitored by:      MONITOR335
Summarized by:  MONITOR335
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:23:44 EST |

NONE

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 272 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 16:33:12 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR247 |
| **Stop Time:** | 16:33:50 EST | **Duration monitored:** | 00:00:38 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/17/2020 | **Total Duration:** | 00:00:38 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        UM3343 to LARIOS

LARIOS:        What's up, dude?

UM:      Hey! [Clears throat]

LARIOS:        I was going to tell you... s/he left one [ph] with my mother-in-law.

UM:      Okay, I will go over shortly. The thing is that I was a little busy; I had left the phone here. I will go over shortly [U/I].

LARIOS:        Send it under the cousin's name.

UM:      Okay.

LARIOS:        Let me know when you do it.

UM:      Alright then.

[End of Call]

Monitored by:      Monitor247
Summarized by: Monitor247
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:33:12 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 307 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 13:12:28 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 13:13:29 EST | **Duration monitored:** | 00:01:01 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/20/2020 | **Total Duration:** | 00:01:01 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

**Linesheet - Minimization Details**                                   User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

## Synopsis

Subscriber:         Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:           LARIOS to UM3343

Parties greet

LARIOS:             Are you done with everything? [Chuckles]

UM:      Yes, I'm taking out the last things.

LARIOS:             Are you here now?

UM:      What?

LARIOS:             Are you here?

UM:      Yes.

LARIOS:             Oh okay; I have a fucking computer in the thing you are carrying.

UM:      What?

LARIOS:             And a phone that I need, man! [Yawning]

UM:      I will stop by there now; I'm just taking up some things and that's all.

LARIOS:             Okay just let me know I'll be right here anyways.

[END OF CALL]


Monitored by:    MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:12:28 EST |

| Session: | 318 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 17:55:06 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 17:55:58 EST | Duration monitored: | 00:00:52 | In/Out Digits: | 15623863343 |
| Date: | 01/20/2020 | Total Duration: | 00:00:52 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

NONE

**Linesheet - Minimization Details**                    User:    Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

## Synopsis

Subscriber:     FARIO N" "TORRES"


Synopsis:       LARIOS to UM3343

UM:     Hey.

LARIOS:         Hey buddy, were you on time?

UM:     What?

LARIOS:         Did you make it?

UM:     I'm doing that right now. Who's this? I haven't found the...

LARIOS:         Okay.

UM:     I'll do it right now.

LARIOS:         Okay. Alright.

[End of Call]


Monitored by:    MONITOR335
Summarized by: MONITOR335
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 17:55:06 EST |

| Session: | 319 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 20:25:56 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 20:27:54 EST | Duration monitored: | 00:01:58 | In/Out Digits: | 15623863343 |
| Date: | 01/20/2020 | Total Duration: | 00:01:58 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:     FARIO N" "TORRES"

**Linesheet - Minimization Details**                    User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Synopsis:          LARIOS to UM3343

LARIOS:          What's up, dude.

UM:     I'm trying, I'm doing the last one. They are not letting me... do it.

LARIOS:          Why?

UM:     Because I guess cause I've been doing it lately; since I've been doing it... I sent you and then I sent the cousin and I gave to half... I think that's why.

LARIOS:          Yeah, sometimes that's what it is, you maxed out.

UM:     Yeah so I have to like wait a couple of days, something like that and do it again.

LARIOS:          Cause of your address, your address.

UM:     That's what it is, huh?

LARIOS:          Did you go to Norgy ?

UM:     Yeah.

LARIOS:          They didn't let you at Norgy?

UM:     They didn't, dude. I did one. When I went, I went to Norgy where I have sent to many people and then we did one and they didn't want to do anymore, dude.  That's why... the other ones I did with the other company.

LARIOS:          Listen, cause I need the right amount, dude; because... on all of them.

UM:     I'll send you a picture right now.

LARIOS:          Yeah send it to me cause he's already there waiting, before they close.

UM:     Okay.

LARIOS:          Alright. Just send me who send it and the amount, that's it.

UM:     It says... it says... who sent it, the amounts don't look good.

LARIOS:          Alright then.

UM:     Okay.

[End of Call]

NONE

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:       monitor127

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:25:56 EST |

| Session: | 320 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 20:45:08 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 20:45:53 EST | Duration monitored: | 00:00:45 | In/Out Digits: | 15623863343 |
| Date: | 01/20/2020 | Total Duration: | 00:00:45 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        FARIO N" "TORRES"

Synopsis:        LARIOS to UM3343

UM:      I'll send them right now, I was driving.

LARIOS:        Okay, I just need the first two (2), dude. I don't have the full [Voices overlap]

UM:      The first two (2)?

LARIOS:        No, the amount, dude; of the ones you didn't send me the amount.

UM:      The ones that are different, right?

LARIOS:        Uh-huh, the ones that are different, yes.

UM:      Okay, alright.

LARIOS:        Alright bye.

[End of Call]

Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:45:08 EST |

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 331 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 12:11:20 EST | **Duration minimized:** | 00:00:01 | **Monitor ID:** | MONITOR247 |
| **Stop Time:** | 12:14:31 EST | **Duration monitored:** | 00:03:10 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/21/2020 | **Total Duration:** | 00:03:11 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:         LARIOS to UM3343

UM:      Hey!

LARIOS:          What's up, dude? Good morning, how are you doing?

UM:      Here, dude...

LARIOS:          [Chuckles] How you feel now that you're over there now? Way different?

UM:      Hell... is fucking... like always.

LARIOS:          [U/I]?

UM:      Yeah... a little bit.

LARIOS:          That's tough [Voices Overlap]

UM:      I'm not used to it... huh?

LARIOS:          Yeah, because you would wake up, and you would be the only one in the room; and now you wake up and everyone is in the room, huh?

UM:      Shit, yeah... [Laughs]

LARIOS:          [Laughs] [U/I]

LARIOS says that when his mother-in-law is not in the house, he doesn't care about what he wears in the house; but when she is in the house, he knows he has to put something on.

LARIOS:          I was going to tell you... did you take care of the last one yesterday, dude?

UM:      Oh, no... I am going t go do it; I could not do it yesterday, dude, but... the other ones are ready, dude. Remember you told me [U/I]?

NONE

**Linesheet - Minimization Details**                                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          Yeah, they were blocked or I don't know what the fuck. I don't know why they do that shit.

UM:      I think they asked them like a security question.

LARIOS:          Oh... that's more of a problem, dude. Fucking um...

UM:      I don't know if it happened with the other ones too, but... I thought, [U/I] and there were two, because the other one... when you do the [U/I]... it's open. They have to do it separately, like [U/I].

UM explains how the women there were the ones who were screwing things up at the end.

LARIOS:          Yeah, dude... you can't do back-to-back... two, two, two...

UM continues explaining how it went at the place with the person who was taking care of it.

LARIOS:          I say you come back to that same place; just have someone else go instead or something, you know?

UM:      Yeah, I will go later to North Gate [ph].

LARIOS:          Alright, all set.

UM:      To see if they will do it.

LARIOS:          Just make sure it's not too late, dude. Because this nigga is already on his way to pick up the other one [Voices Overlap]

UM:      No, I'mma go do it right now, cause I gotta go over there to [U/I] truck too.

LARIOS:          Alright. Oh, [U/I] this dude?

UM:      Who? Oh, yeah... I am going to [U/I].

LARIOS:          Alright, dude. Anyway, hit me up. I am going to head to downtown, and I am going to wait for freaking Joto (Faggot) to wake up, because he is also sick.

UM:      Alright.

LARIOS:          Alright then, all set.

[End of Call]

Monitored by:      Monitor247
Summarized by: Monitor247
Revised by:

**NONE**

**Linesheet - Minimization Details**                                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 12:11:20 EST |
| Minimize On (System) | 12:14:31 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 335 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 13:06:15 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR247 |
| **Stop Time:** | 13:07:07 EST | **Duration monitored:** | 00:00:52 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/21/2020 | **Total Duration:** | 00:00:52 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        LARIOS to UM3343

LARIOS:        [Aside: I grabbed/took the fucking (U/I) from there...]

UM:        Hey.

LARIOS:        Hey, dude! I was going to tell you... if we could change the one that's under Veronica's name... if we could change it to Azucena, dude, because they can't withdraw it. Supposedly they can't find the fucking card, or I don't know what the fuck; they don't want to take the one they have.

[Background: Car chiming sound]

UM:        Ohh, okay.

LARIOS:        To see if it could be changed [Voices Overlap]

UM:        Um... I just need to go pick up this (U/I), so they can change it for me.

LARIOS:        Okay, and send yours first if you'd like... if you can, real quick. If not then [Voices Overlap]

Um        I will go later on the way home.

LARIOS:        Alright. Alright then, let me know as soon as I do it.

UM:        Alright.

LARIOS:        Okay, bye.

[End of Call]

NONE

**Linesheet - Minimization Details**                                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Monitored by:     Monitor247
Summarized by:  Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:06:15 EST |
| Minimize On (System) | 13:07:07 EST |

| Session: | 341 | Times minimized: | 2 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 14:30:58 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR247 |
| Stop Time: | 14:32:44 EST | Duration monitored: | 00:01:46 | In/Out Digits: | 15623863343 |
| Date: | 01/21/2020 | Total Duration: | 00:01:46 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:          Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:          LARIOS to UM3343

UM:      Hey!

LARIOS:          Hey, we still haven't used Amparo, dude.

UM:      What was that?

LARIOS:          We still haven't used Delia Amparo

UM:      It hasn't gone through yet? Who sent that one; [U/I] or...

LARIOS:          No, no, no, no, no, no... no. Veronica... remember the one for Veronica; we was gonna change Veronica's one... the name, dude. Do you remember?

UM:      Um-hum... yeah.

LARIOS:          We are going to change Veronica for Delia Amparo, dude.

UM:      So, so... Delia's hasn't been used?

LARIOS:          No, we haven't used that one.

UM:      Yeah, we did! That was the Western Union one.

LARIOS:          That nigga said no!

NONE

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:      Yeah, dude; that's one of the Western Union ones, because that name I gave it to the first
But I can send it to her again, [U/I] .

LARIOS:         Oh, man! What the fuck... this dude is saying that we haven't used that one.

UM:      Yeah! That's one of the Western Union ones. Okay, let me... let me call them and change
it.

LARIOS:         No, dude. I'm looking at it right now, hold on, hold on... No, dude, we haven't used it today.

UM:      Okay, so let me tell them to change it for that one.

LARIOS:         Yeah, change it to that. Change Veronica to Delia Amparo, dude.

UM:      Okay.

LARIOS:         Alright, all set.

[Background: Car chiming sound]

UM:      Alright. You got the one I sent earlier, right?

LARIOS:         Yeah, yeah, yeah... he already took it out too.

UM:      Alright then.

LARIOS:         Alright.

[End of Call]

Monitored by:     Monitor247
Summarized by:  Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:30:58 EST |
| Minimize On (System) | 14:32:44 EST |

| Session: | 354 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 18:54:25 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 18:55:49 EST | Duration monitored: | 00:01:24 | In/Out Digits: | 15623863343 |
| Date: | 01/21/2020 | Total Duration: | 00:01:24 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

NONE

**Linesheet - Minimization Details**

User:    Timothy O'Connell

| Case: CC-20-0025 | Target:  Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

## Synopsis

Subscriber:    Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:    LARIOS to UM3343

Parties greet

UM says he needs the receipts in order to change the names.

LARIOS says he was calling him to ask him; when he changes it to see if a number is changed; if so to let him know right away. UM acknowledges.

UM says that is going to be a new receipt; and as soon as it's done he will let him know; and he's going right now to do it.

LARIOS instructs  him to let him know when he's done. UM acknowledges.

[END OF CALL]


Monitored by:    MONITOR127
Summarized by:  MONITOR127
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:54:25 EST |

| Session: | 364 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 20:52:49 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 20:53:43 EST | Duration monitored: | 00:00:54 | In/Out Digits: | 15623863343 |
| Date: | 01/21/2020 | Total Duration: | 00:00:54 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:    Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:    LARIOS to UM3343

UM asks if it's the same amount; LARIOS confirms. UM acknowledges. UM says that's done.

[END OF CALL]

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Monitored by:    MONITOR127
Summarized by: MONITOR127
Revised by:

| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 20:52:49 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 393 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 14:37:50 EST | **Duration minimized:** | 00:00:01 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 14:39:01 EST | **Duration monitored:** | 00:01:10 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/23/2020 | **Total Duration:** | 00:01:11 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        LARIOS to UM3343

UM:     What's up, dude?

LARIOS:        What's up, dude? What are you doing?

UM:     Here [Coughs] at the house with my girlfriend.

LARIOS:        Chilling, or what?

UM:     No... I came to put a fucking [U/I]

LARIOS:        Alright then. I was going to ask you... do you have a chance to see me in like 30 minutes, dude? There with David...

UM:     Yes.

LARIOS:        30 or 40 minutes.

UM:     Yes.

LARIOS:        See you there.

UM:     Okay

LARIOS:        Alright then, all set. Bye.

NONE

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

[End of Call]

Monitored by:      MONITOR127
Summarized by:  MONITOR127
Revised by:        Monitor247

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:37:50 EST |

| Session: | 420 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 18:54:36 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR247 |
| Stop Time: | 18:57:11 EST | Duration monitored: | 00:02:35 | In/Out Digits: | 15623863343 |
| Date: | 01/24/2020 | Total Duration: | 00:02:35 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          LARIOS to UM3343

UM:        What's up, dude?

LARIOS:          I called you a while ago.

UM:        I was on the other line, dude.

LARIOS:          Yeah, I figured. I thought, "Let me hit him up to see how he is doing; see if he is feeling better now or not."

UM:        A little bit, but [Coughs] I'm just tired right now. I still feel tired, dude, but... I need to get up. What are you up to, dude?

LARIOS:          I came to run an errand, dude. I was going to ask you to make a deposit for me, but I already, dude.

UM:        You left already?

LARIOS:          Yeah... [Voices Overlap]

UM:        I'm near your house.

LARIOS:          I left from already; I'mma take a couple of hours, dude.

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:     Alright. How much did you want to deposit?

LARIOS:     Just 1,000... 1000.

UM:     Mm.

LARIOS:     S/he wanted me to send over, but... I already left, so whatever. So, they only allow you to send once?

UM:     Yes.

LARIOS:     Yeah... I needed to put another one. So I was like, "Fuck it, I'll just wait." Early tomorrow. So, how are you doing? I can go see you once I'm done.

UM:     Okay.

LARIOS instructs UM not to even go outside, so he can get better. UM says that he bought like a ski mask to wear. LARIOS tells him that he's got some medicine that he can give to him, like a syrup; and also tells him about a natural remedy for him to make.

LARIOS:     Anyhow, I'll hit you as soon as I'm done. I'll call you.

UM:     Alright then.

LARIOS:     Alright then, all set.

UM:     Okay.

[End of Call]

Monitored by:     Monitor247
Summarized by:  Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:54:36 EST |

| Session: | 440 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 18:14:08 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 18:16:44 EST | Duration monitored: | 00:02:36 | In/Out Digits: | 15623863343 |
| Date: | 01/25/2020 | Total Duration: | 00:02:36 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | **Target:** Jose LARIOS | **Line:** 323-545-8673 - ATT | **File Number:** |
|---|---|---|---|

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          LARIOS to UM3343

UM:        What's up, dude?

LARIOS:            What's up, dude? What are you doing?

UM:        What?

LARIOS:            What are you doing? How have you been?

UM:        Here, getting something to drink.

LARIOS:            [Chuckles] You sound worse, dude!

UM:        Oh, no... no! I'm actually a little better.

LARIOS:            Alright, alright. I was going to tell you... the "ojo" (eye) ran out of batteries, right?

UM:        Which one?

LARIOS:            The "ojo" (eye; possibly code for camera), the "ojo", the "ojo!"

UM:        The rojo (the red one)?

LARIOS:            The "ojo", "ojo!"

UM:        How?

LARIOS:            The "ojo" at David's.

UM:        Oh... yeah, yeah, yeah, dude! Yes, it ran out some time ago. Don't you remember I told you that they were running a little low?

LARIOS:            Yeah, let's change it. I saw it had been removed, and I thought, "It has to be installed."

UM:        Yeah, that's why I removed, because the other day I went... I forgot to put it back up. But um... either way it was no longer working, dude! [Voices overlap]

LARIOS:            The what? It wasn't working?

UM:        It wasn't working because of the batteries.

LARIOS:            Yeah, let's change the batteries then. I have the ones from there; so we have to use one of

NONE

**Linesheet - Minimization Details**                                      User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

those.

UM:        Alright, I'mma go probably... probably to Home Depot to grab a pack of the big ones, to have them there.

LARIOS:          Alright, alright... if you'd like, I can also go see you to give you a fucking... new computer, dude!

UM:        What? Oh... alright.

LARIOS:          I'm gonna go see you in a little bit.

UM:        Okay, call me then.

LARIOS:          Yeah. If you'd like... I'm going to head over to the Sharon [ph] later. I can see you if you'd like so I can give it to you.

UM:        Okay, I'm here in Downey right now; I came to the store now. But I'm gonna back to the house later.

LARIOS:          Alright then, all set. Call me.

UM:        Alright then, okay.

[End of Call]

Monitored by:      Monitor127
Summarized by:  Monitor127
Revised by:        Monitor247

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:14:08 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 449 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 22:52:38 EST | **Duration minimized:** | 00:00:01 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 22:54:41 EST | **Duration monitored:** | 00:02:02 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/25/2020 | **Total Duration:** | 00:02:03 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          LARIOS to UM3343

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

[Music]

Parties greet

LARIOS:            Where are you, man?

UM:      Here at the house.

LARIOS:            Can you do me a big favor man?

UM:      Tell me.

LARIOS:            Bring me the little ball.. Do you have it there?

UM:      Which little ball?

LARIOS:            The little ball that I told you to grabbed at the house. Did you find it?

UM:      I found it but ah I think  [U/I]

LARIOS:            Can you bring it to me man?

UM:      Where are you at?

LARIOS:            I'm here where I get the things done, man! It's exactly on... fuck what's the street name? where it's the Artesia (ph) dude! before getting to the Cherry (ph); 2 blocks before; I think it is the... fuck! I don't know the damn little street... it's at the corner to left man!

UM:      The Barbie (ph)?

LARIOS:            Before Cherry, man!... I think it's street... [Aside: Trish, what's the street name?] Rose, Rose... the Rose.

UM:      Rose, okay. Okay, [U/I] before you hit Cherry...

LARIOS:            Before you h Cherry is the Rose... so if you are coming on 91 you exit on Cherry, you make a right and then you make another right at Artesia, and the second street you make another right, and at the end you will see my truck ,man!

UM:      Okay... The little balls that you told me to go get? [Voices Overlap]

LARIOS:            The little ball and if you have another little ball that's good, bring it too.

UM:      Okay

LARIOS:            The thing is that I'm here with these damn (guys), man! In fact, if you come I want to introduce you because I need you to do this.

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:     Okay.

LARIOS:         But you have to come fast, man!

UM:     I have to get dressed because I was laying down.

LARIOS:         Okay, alright.

[End of Call]

Monitored by:     MONITOR127
Summarized by:   MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:52:38 EST |

| Session: | 450 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 23:51:11 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 23:52:02 EST | Duration monitored: | 00:00:51 | In/Out Digits: | 15623863343 |
| Date: | 01/25/2020 | Total Duration: | 00:00:51 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:     Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:     LARIOS to UM3343

[Music]

UM:     Hey; I'm here outside.

LARIOS:         Okay; I'm coming; did you see my truck?

UM;     Yeah!

LARIOS:         Alright... [Voices Overlap]

UM:     I'm right here, right in front of the truck.

LARIOS:         Okay go park I'm coming for you

NONE

**Linesheet - Minimization Details**                                  User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:      Okay man!

[END OF CALL]

Monitored by:    MONITOR127
Summarized by: MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 23:51:11 EST |

| Session: | 478 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 21:56:44 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 21:57:15 EST | Duration monitored: | 00:00:31 | In/Out Digits: | 15623863343 |
| Date: | 01/27/2020 | Total Duration: | 00:00:31 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:        UM3343 to LARIOS

UM:      Where are you?

LARIOS:          I'm here, in front of El Unico, here at the juice (place).

UM:      The juice? Oh okay, okay, I'll be there soon.

[End of Call]


Monitored by:    MONITOR335
Summarized by: MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:56:44 EST |

NONE

**Linesheet - Minimization Details**

User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 549 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 19:02:11 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR247 |
| **Stop Time:** | 19:03:05 EST | **Duration monitored:** | 00:00:54 | **In/Out Digits:** | 15623863343 |
| **Date:** | 01/29/2020 | **Total Duration:** | 00:00:54 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        LARIOS to UM3343

UM:      What's up, dude?

LARIOS:        You left me waiting.

UM:      [Chuckles] I'm out; I'm here dropping [U/I] off at school, dude.

LARIOS:        Alright. [Coughs]

UM:      I was going to call you. I thought, "Let me hit this guy up, to see what he's doing" because I was fucking bored. I thought, "I'm going to clean the office at least, to see what I can do."

LARIOS:        Yeah, you should have called me. Where you at now?

UM:      Here, [U/I].

LARIOS:        Oh, you dropping him off? You wanna meet me? [Voices Overlap]

UM:      You wanna meet me over here? [Voices Overlap]

LARIOS:        Alright. Across from the juice place?

UM:      Yes!

LARIOS:        I'll see you there. I'm going to pick up the phone, because I didn't go get it yesterday.

UM:      Okay.

LARIOS:        I'll see you there, right across from there.

UM:      Alright then.

LARIOS:        Alright.

NONE

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

[End of Call]

Monitored by:     Monitor247
Summarized by:  Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:02:11 EST |
| Minimize On (System) | 19:03:05 EST |

| Session: | 552 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 19:13:42 EST | Duration minimized: | 00:00:01 | Monitor ID: | MONITOR247 |
| Stop Time: | 19:14:18 EST | Duration monitored: | 00:00:35 | In/Out Digits: | 15623863343 |
| Date: | 01/29/2020 | Total Duration: | 00:00:36 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        UM3343 to LARIOS

LARIOS:        Yes?

UM:     Did you leave, dude? Huh?

LARIOS:        Hello?

UM:     Hey!

LARIOS:        Hello? Are you there?

UM:     I'm over here.

LARIOS:        Alright, is a young guy there or is it an old lady?

UM:     I don't know, dude. [U/I]?

LARIOS:        I'm on my way. I'm on my way, and I wanted to ask you to have them prepare another one while I get there.

UM:        Alright.

LARIOS:        Okay, I'll be there soon.

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

[End of Call]

Monitored by:      Monitor247
Summarized by:  Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:13:42 EST |

| Session: | 555 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 19:48:44 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR247 |
| Stop Time: | 19:49:22 EST | Duration monitored: | 00:00:38 | In/Out Digits: | 15623863343 |
| Date: | 01/29/2020 | Total Duration: | 00:00:38 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:          Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:          UM3343 to LARIOS

LARIOS:          Hello.

UM:      Dude!

LARIOS:          What happened, dude?

UM:      I will send it to you later, dude. Because I have to go... I'mma go bring my girl and see if they could... because with me, they won't...

LARIOS:          They don't wanna do it then?

UM:      No, they said I have to wait, um... a week? [Voices Overlap]

LARIOS:          Yeah, cause you did it the other day. Yeah, yeah [Voices Overlap]

UM:      Yeah, cause... they have my name on the list [ph] [Giggles]

LARIOS:          Yeah... they've done that shit to me, too. Well, [U/I] so it won't close.

UM:      No, I'm going to... I'mma just pick her up, and then I will go do it.

LARIOS:          All set, okay.

**NONE**

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:        Alright, bye.

LARIOS:        Alright, bye.

[End of Call]

Monitored by:        Monitor247
Summarized by: Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:48:44 EST |

| Session: | 563 | Times minimized: | 2 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 21:06:40 EST | Duration minimized: | 00:00:01 | Monitor ID: | MONITOR247 |
| Stop Time: | 21:06:57 EST | Duration monitored: | 00:00:16 | In/Out Digits: | 15623863343 |
| Date: | 01/29/2020 | Total Duration: | 00:00:17 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        LARIOS to UM3343

UM:        Hey!

LARIOS:        Did you make it there, dude?

UM:        I'm doing it right now, dude.

LARIOS Oh, you're there right now?

UM:        Yeah.

LARIOS:        Alright, bye.

UM:        Alright.

[End of Call]

Monitored by:        Monitor247
Summarized by: Monitor247

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:06:40 EST |
| Minimize On (System) | 21:06:56 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 651 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 10:23:38 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR335 |
| **Stop Time:** | 10:25:09 EST | **Duration monitored:** | 00:01:31 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/01/2020 | **Total Duration:** | 00:01:31 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"

Synopsis:      LARIOS to UM3343

UM:     Hey.

LARIOS:      Good morning, buddy. Did I wake you up?

UM:     No, I was up.

LARIOS:      Alright. What as I going to say... I came to run an errand in Corona, bud.  I left you the keys to the truck in case you need it, I know you are going to move your stuff.

UM:     Yeah. I was going to call you, I was going to call you in a while to see if you could lend it to me because I'll be busy.

LARIOS:      Yeah, I left the keys with the mother in law. The one from yesterday ask if you could see him around 10:00, dude.

UM:     The one from yesterday?

LARIOS:      Yes.

UM:     That's fine, dude.

LARIOS:      The keys are there, I'll be over here. I will be back by  like 11:00 or 12:00. [Coughs]

UM:     Anyways... if they call you, call me. [U/I].

LARIOS:      Yeah [Coughs] Alright then, call me if anything, dude.

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:      Alright dude.

[End of Call]

Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 10:23:38 EST |

| Session: | 661 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 16:12:31 EST | Duration minimized: | 00:00:01 | Monitor ID: | MONITOR335 |
| Stop Time: | 16:14:33 EST | Duration monitored: | 00:02:01 | In/Out Digits: | 15623863343 |
| Date: | 02/02/2020 | Total Duration: | 00:02:02 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:         LARIOS to UM3343

Parties greet.

UM says that he is still running errands, but doesn't have much more to do.

LARIOS asks what is UM doing after that and asks if he will be busy all day long.  LARIOS invites UM to come to the house, because they are having food for Ivan.  LARIOS says that he is going to start making the food right now.

LARIOS says that Super Bowl starts at 3:00.

LARIOS:          I was also going to ask you if you could the um...

UM:      The what?

LARIOS:          About the other day, dude. I'll call you right now, if you'd like.

UM:      I'm getting here right now. I can see you over there later, if you'd like.

LARIOS:          Alright then, I will see you there. Alright.

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:        Okay.

LARIOS:        Alright.

[End of Call]

Monitored by:        MONITOR335
Summarized by:  MONITOR335
Revised by:        Monitor247

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:12:31 EST |

| Session: | 778 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 19:59:17 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR293 |
| Stop Time: | 19:59:38 EST | Duration monitored: | 00:00:21 | In/Out Digits: | 15623863343 |
| Date: | 02/07/2020 | Total Duration: | 00:00:21 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | English | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        FARIO N" "TORRES"

Synopsis:        LARIOS to UM3343

Parties greet. LARIOS asks if they have called UM again.  UM negates and says that it it dialed by mistake.  LARIOS tells UM to let him know when he's on his way.  UM acknowledges.

LARIOS tells UM that there is a lot of food there for him to eat. UM acknowledges.

[End of Call]

Monitored by:        MONITOR293
Summarized by:  MONITOR293
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:59:17 EST |

**Linesheet - Minimization Details**                                    User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 780 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 21:36:45 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR293 |
| **Stop Time:** | 21:37:40 EST | **Duration monitored:** | 00:00:55 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/07/2020 | **Total Duration:** | 00:00:55 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:      LARIOS to UM3343

[Background: Loud music playing]

Parties greet.  LARIOS asks UM where he is.  UM says that he is going to drop off UTP (female) and then will head to LARIOS.  LARIOS acknowledges.

[END OF CALL]

Monitored by:    MONITOR293
Summarized by:  MONITOR293
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:36:45 EST |
| Minimize On (System) | 21:37:40 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 873 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 22:25:33 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR247 |
| **Stop Time:** | 22:26:42 EST | **Duration monitored:** | 00:01:09 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/08/2020 | **Total Duration:** | 00:01:09 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:      UM3343 to LARIOS

UM:      Hey dude, how are you doing?

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          Tired, dude.

UM:      [Giggles] [U/I] was looking for you.

LARIOS:          Yeah, I spoke with him already, dude.

UM:      He left already?

LARIOS:          Yeah, I took him to the airport.

UM:      He was really fucked up.

LARIOS:          [U/I]

UM:      Did you leave your brother there?

LARIOS:          Yes, dude... I left him there.

UM:      Alright.

LARIOS:          What are you doing later?

UM:      I passed by there, and I honked but no one came out.

LARIOS:          Go inside!

UM:      I know, but [U/I] I don't know the code [ph] [U/I].

LARIOS:          I didn't hear anything. Yeah, we were inside. We can meet later on if you'd like, dude.

UM:      Alright then.

LARIOS:          See you later.

UM:      Hit me up, dude.

LARIOS:          Alright, okay.

[End of Call]

Monitored by:     Monitor247
Summarized by:  Monitor247
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:25:33 EST |

**Linesheet - Minimization Details**     User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 877 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 12:37:24 EST | **Duration minimized:** | 00:00:05 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 12:41:31 EST | **Duration monitored:** | 00:04:02 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/09/2020 | **Total Duration:** | 00:04:07 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:     FARIO N" "TORRES"

Synopsis:     UM3343 to LARIOS

Parties greet

UM says he's laying down.

LARIOS says he's very tired; he went into a 24 hours without sleep and drinking like crazy.

LARIOS asks UM to go with him to Cooper City.  LARIOS instructs him to go at 12:30 to drop the car (Red Ferrari) off; UM says he has some money. LARIOS acknowledges and says he will get up right now; because he has to pick up his truck at the shop. [Yawns]

[Bad reception] [Coughing]

LARIOS says he did not use the car; just for the video and then he left it at work/office.

LARIOS says he will go to have lunch with his wife because she is mad because LARIOS was partying and drinking.

LARIOS talks about women putting the situations tense.

Parties agree to meet up

[END OF CALL]

Monitored by:     MONITOR127
Summarized by:  MONITOR127/ Monitor285
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 12:37:24 EST |

**Linesheet - Minimization Details**                                    User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| Session: | 888 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:34:23 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 15:35:30 EST | Duration monitored: | 00:01:07 | In/Out Digits: | 15623863343 |
| Date: | 02/09/2020 | Total Duration: | 00:01:07 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:      LARIOS to UM3343

LARIOS [Aside: talks about dropping off the car]

UM asks if he wants him to go there.

LARIOS instructs him to meet him at 1:15; at the house; and they leave from the house; to go and return it (car) so UM can get in. UM acknowledges


[END OF CALL]


Monitored by:      MONITOR127
Summarized by:  MONITOR127
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:34:23 EST |

| Session: | 891 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 16:46:29 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 16:46:43 EST | Duration monitored: | 00:00:14 | In/Out Digits: | 15623863343 |
| Date: | 02/09/2020 | Total Duration: | 00:00:14 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:      UM3343 to LARIOS

**Linesheet - Minimization Details**                    User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM says he is on his way and will be there be there in 5 minutes.   LARIOS acknowledges.

[END OF CALL]

Monitored by:    MONITOR127
Summarized by: MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:46:29 EST |

| Session: | 893 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 16:57:36 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR293 |
| Stop Time: | 16:57:55 EST | Duration monitored: | 00:00:19 | In/Out Digits: | 15623863343 |
| Date: | 02/09/2020 | Total Duration: | 00:00:19 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Subscriber: | |
| | | | | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:        LARIOS to UM3343

Parties greet.

LARIOS:          You are here already?

UM:      Yeah.

LARIOS:          Alright, I'm right here. I'll pull out.

UM:       Alright, then.

[End of Call]

Monitored by:    MONITOR293
Summarized by: MONITOR127
Revised by:       Monitor293


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:57:36 EST |

**NONE**

**Linesheet - Minimization Details**                               User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 896 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 17:16:58 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR293 |
| **Stop Time:** | 17:17:21 EST | **Duration monitored:** | 00:00:23 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/09/2020 | **Total Duration:** | 00:00:23 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

### Synopsis

Subscriber:       FARIO N" "TORRES"


Synopsis:         LARIOS to UM3343

Parties greet.  LARIOS asks UM if he received the message with the address.  UM affirms.
LARIOS says that he is on his way.

[End of Call]

Monitored by:     MONITOR293
Summarized by:  MONITOR293
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 17:16:58 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 904 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 12:55:45 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 12:56:37 EST | **Duration monitored:** | 00:00:52 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/10/2020 | **Total Duration:** | 00:00:52 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

### Synopsis

Subscriber:       Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:         LARIOS to UM3343

LARIOS says he's sleepy; and overslept

UM:       I'll stop by in a bit; I'm just feeding this guy/kid.

LARIOS:          But bring him here

**Linesheet - Minimization Details**                                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:        Okay I'll take him; see you

LARIOS:         Okay fine

[END OF CALL]  .

Monitored by:    MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 12:55:45 EST |

| Session: | 915 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:13:55 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 15:14:24 EST | Duration monitored: | 00:00:29 | In/Out Digits: | 15623863343 |
| Date: | 02/10/2020 | Total Duration: | 00:00:29 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        LARIOS to UM3343

[Aside: LARIOS talks to a  dog]

LARIOS:         You are on your way back?

UM:        Yes.

LARIOS:         Okay.

UM;        Where's the freaking place?

LARIOS:         What? Can't hear you.

UM:        Pass me the address (ph) man!

LARIOS:         Oh! okay

[END OF CALL]

NONE

**Linesheet - Minimization Details**

User:       Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Monitored by:     MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:13:55 EST |

| Session: | 917 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:52:25 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 15:54:16 EST | Duration monitored: | 00:01:51 | In/Out Digits: | 15623863343 |
| Date: | 02/10/2020 | Total Duration: | 00:01:51 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        FARIO N" "TORRES"

Synopsis:          LARIOS to UM3343

Parties greet

LARIOS asks if he has screws because he's in Home Depot; UM says he has screws at his mom's house; LARIOS says he grabbed 7 to by 4's and 2 hardwood plywoods  and will use cheap paint. UM says to use oil based so it's waterproof.

LARIOS says he got quarter inch plywood; not too thick.

Parties talk about buying supplies in Home depot; and tools; screws and needing a hammer. UM syas he will stop by his mom's to get the tools needed.

[END OF CALL]

Monitored by:     MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:52:25 EST |

**Linesheet - Minimization Details**                                    User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 921 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 16:32:01 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 16:33:16 EST | **Duration monitored:** | 00:01:15 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/10/2020 | **Total Duration:** | 00:01:15 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:      UM3343 to LARIOS

UM asks if he has a drill.

LARIOS says the drill battery is dying and he doesn't have a charger.

Parties talk about drills.

LARIOS instructs  him to bring some tips to drill a hole and for screws. UM acknowledges

[END OF CALL]

Monitored by:    MONITOR127
Summarized by: MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:32:01 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 953 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 12:29:01 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 12:29:21 EST | **Duration monitored:** | 00:00:20 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/11/2020 | **Total Duration:** | 00:00:20 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:      UM3343 to LARIOS

**NONE**

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS  asks if he overslept. UM negates and says he will go there. LARIOS acknowledges  saying "Okay I'll wait for you here."

[END OF CALL]

Monitored by:    MONITOR127
Summarized by:  MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 12:29:01 EST |

| Session: | 991 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 19:48:09 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 19:49:42 EST | Duration monitored: | 00:01:33 | In/Out Digits: | 15623863343 |
| Date: | 02/11/2020 | Total Duration: | 00:01:33 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"

Synopsis:        UM3343 to LARIOS

Parties greet.

UM:        When would the coming back be?

LARIOS:          The what?

UM:      Coming back.

LARIOS:          On.... Friday, dude. On Friday morning.

UM:      Okay.

LARIOS:          I mean, if you are done the same day, the next day, dude. I think it would be better to get a one way and then... you know what I mean? In case it's delayed by a day, so you don't have to be changing or losing anything, you know what I mean?

UM:      Yeah, yeah.

LARIOS:          Right? It's better if it's a one way, dude. A one way and [Voices overlap]

NONE

**Linesheet - Minimization Details**                     User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

UM:       By any chance do you know the... the... city...

LARIOS:          Logan.

UM:       What's the name? What?

LARIOS:          Logan, Logan.

UM:       Oh okay.

LARIOS:          You understood me, right? Okay.

[End of Call]

Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:48:09 EST |

| Session: | 994 | Times minimized: | 2 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 21:07:02 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 21:08:19 EST | Duration monitored: | 00:01:17 | In/Out Digits: | 15623863343 |
| Date: | 02/11/2020 | Total Duration: | 00:01:17 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"

Synopsis:        UM3343 to LARIOS

LARIOS:          I'm back already.

UM:       I'm out here, I was going to tell you [Audio glitch]

LARIOS:          I can't hear you, dude. Are you out here?

UM:       I'm out here.

LARIOS:          You outside the house? You outside my house?

UM:       Yeah.

**Linesheet - Minimization Details**                          User:       Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          Give me a little bit, dude. Really quick, you'll leave right away.

UM:        [U/I] is sleeping in the truck, dude.

LARIOS:          You have the what?

UM:        [U/I] is sleeping in the truck.

LARIOS:          Oh shit! I'm coming out.

[End of Call]

Monitored by:    MONITOR335
Summarized by:  MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:07:02 EST |
| Minimize On (System) | 21:07:35 EST |

| Session: | 995 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 21:22:55 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 21:23:50 EST | Duration monitored: | 00:00:55 | In/Out Digits: | 15623863343 |
| Date: | 02/11/2020 | Total Duration: | 00:00:55 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"

Synopsis:        LARIOS to UM3343

UM:      What's up dude?

LARIOS:          I forgot my bag inside.  Don't take too long.

UM:      Inside?

LARIOS:          Yes, inside.

UM:      I'll head back right now.

LARIOS:          Okay then.

NONE

**Linesheet - Minimization Details**

User:        Timothy O'Connell

| **Case:** CC-20-0025 | **Target:** Jose LARIOS | **Line:** 323-545-8673 - ATT | **File Number:** |
|---|---|---|---|

[End of Call]

Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:

| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 21:22:55 EST |

| **Session:** | 1003 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
|---|---|---|---|---|---|
| **Start Time:** | 00:11:52 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR335 |
| **Stop Time:** | 00:12:39 EST | **Duration monitored:** | 00:00:47 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/12/2020 | **Total Duration:** | 00:00:47 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       FARIO N" "TORRES"


Synopsis:         LARIOS to UM3343

UM:       Hey.

LARIOS:          I'm in the studio, man.

UM:       You are at the studio?

LARIOS:          Yeah.

UM:       Okay. Let me... I'm getting to the house; just let me just use the restroom and I'll head over there.

LARIOS:          Alright.

[End of Call]

Monitored by:     MONITOR335
Summarized by: MONITOR335 /293
Revised by:

| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 00:11:52 EST |

NONE

**Linesheet - Minimization Details**                                        User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1004 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 00:22:53 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR335 |
| **Stop Time:** | 00:23:41 EST | **Duration monitored:** | 00:00:48 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/12/2020 | **Total Duration:** | 00:00:48 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        FARIO N" "TORRES"


Synopsis:        LARIOS to UM3343

Parties greet.

LARIOS:        Would the dimer [ph]  be around by... by the garage of that guy who he has been scaring?

UM:        [U/I] There's nobody right there now, dude.

LARIOS:        Never mind. I was going to tell him to go knock or whatever because this dude wasn't picking up but he did. I'll wait for you here.

UM:        Alright then.

[End of Call]

Monitored by:        MONITOR335
Summarized by: MONITOR335/
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 00:22:53 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1013 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 09:38:43 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | DEAMON1207 |
| **Stop Time:** | 09:39:08 EST | **Duration monitored:** | 00:00:25 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/12/2020 | **Total Duration:** | 00:00:25 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        FARIO N" "TORRES"

**Linesheet - Minimization Details**                    User:    Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Synopsis:          UM3343 to LARIOS

LARIOS says that he fell asleep and says that he is on his way.  UM acknowledges.

[End of Call]

Monitored by:      DEAMON1207
Summarized by: MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 09:38:43 EST |
| Minimize On (System) | 09:39:07 EST |

| Session: | 1014 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 09:54:30 EST | Duration minimized: | 00:00:00 | Monitor ID: | DEAMON1207 |
| Stop Time: | 09:54:46 EST | Duration monitored: | 00:00:16 | In/Out Digits: | 15623863343 |
| Date: | 02/12/2020 | Total Duration: | 00:00:16 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      FARIO N" "TORRES"


Synopsis:        LARIOS to UM3343

UM:      Hey.

LARIOS:          I'm here, dude.

UM:      I'm coming.

[End of Call]


Monitored by:    DEAMON1207
Summarized by: MONITOR335
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 09:54:30 EST |

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1049 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 22:09:18 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR09 |
| **Stop Time:** | 22:12:20 EST | **Duration monitored:** | 00:03:02 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/12/2020 | **Total Duration:** | 00:03:02 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:          Fario N. Torres, 619 W Arbutus St Compton, CA

Synopsis:          UM3343 to LARIOS

Parties greet.

LARIOS:          How was the ride?

UM:          Uh more or less.

LARIOS:          It is what it is. Was your hair messed up when you got there? [Laughs]

UM:          No [Chuckles]

LARIOS:          That's good. So all is good, dude. The store was closed when you got there, right? It's right around the corner, did you see it?

UM:          Yes, yes, yes, I saw it.

LARIOS:          It's like literally around the corner.

UM:          No, they were closed, but they open in the morning around 6:00.

LARIOS:          Yes, they open early sometimes.

UM:          Yeah.

LARIOS:          But tomorrow when you go there for breakfast... I think you can go there for breakfast and it's cheap, dude.

UM:          Oh yeah?

LARIOS:          I don't remember, dude. I think you buy like... did they tell you? You should've asked. You buy like a voucher that's like...  oh no, you know what, they give you a coin, dude; they give you two (2) coins, something like that.

UM:          Yeah they already gave them to me.

**Linesheet - Minimization Details**

User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          Yeah and you use those to eat.

UM:      Oh yeah?

LARIOS:          Or something like that. Yeah, some shit like that.  The coins are for that, or for a drink or something.

UM:      They give you a soup.

LARIOS:          Something like that, yeah a soup, that's right. But the vouchers are there too, they have like a straight [ph] or you can order from the menu. Whatever you want dude.

UM:      What was I going to say...

LARIOS:          What's up? [Voices overlap]

UM:      Or am I waiting for it?

LARIOS:          Yeah, the contract, the contract, they are going to have you sign the contract in the afternoon, dude. So you are going to have sign the contract around 4:00 more or less.

UM:      Alright.

LARIOS:          Yeah, they were gonna make, they are going to sign everything tomorrow so... around 3:00 or 4:00, so you go sing it.

UM:      To see the lawyers.

LARIOS:          Yeah, yeah, you'll sign the contract tomorrow and then... they'll explain it to you. But it's tomorrow in the afternoon, dude.  But anyways grab the computer, dude.

UM:      Yes, yes, I'll grab it because I will use it to have everything on file.

LARIOS:          Yes, dude! So we don't miss out on anything in the fucking contract, read it well to... you know that sometimes the letter are very small and that's what you have to look for.

UM:      [Chuckles]

LARIOS:          Yes, dude. But all is good, dude. If anything, call me I'll be by the phone.

UM:      Okay.

LARIOS:          Yeah and... when you wake up just get it, just get it and... grab it and... and... send me an email; send an email [U/I].

UM:      Alright cool.

NONE

**Linesheet - Minimization Details**

User:    Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          Alright then. Take care, if anything.

UM:       Alright then.

[End of Call]

Monitored by:      Monitor09
Summarized by:  Monitor09 / 335
Revised by:         Monitor293

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:09:18 EST |

| Session: | 1077 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:43:09 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 15:46:03 EST | Duration monitored: | 00:03:00 | In/Out Digits: | 15623863343 |
| Date: | 02/13/2020 | Total Duration: | 00:03:00 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       FARIO N" "TORRES"


Synopsis:        LARIOS to GOGO

Parties greet.

LARIOS asks what is GOGO doing.  GOGO says that he is grabbing some coffee because of the cold.  GOGO complains about the cold.  GOGO says that he went for a walk.

LARIOS tells GOGO to check on his phone where the movie theater is, by the park, there's a gold tower. GOGO says that he is going to go.  LARIOS says that there are a lot of restaurants.

LARIOS asks if GOGO has seen the mall. LARIOS says that Macy's is big and the mall is there. GOGO says that he will go by there.

LARIOS:          You haven't found it, right? the computer.

GOGO  Yeah, I called already.

LARIOS:          Oh really?

GOGO: The one you gave me last, right?

**NONE**

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          Yes, let me see. Let me see, let me see. No, I don't have anything.

GOGO:  Which one did you want me to call, the 720 or the other one? It was the 661, right?

LARIOS:          Hold on, I'll let you know right now. Maybe you forgot to turn it around, dude. Yes, 661.

GOGO:  Oh yes! I forgot.

LARIOS:          Yes, uh-huh.

GOGO:  I'll correct it right now, and I'll...

LARIOS:          Alright.

[End of Call]


Monitored by:     MONITOR335
Summarized by:  MONITOR335
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:43:09 EST |

| Session: | 1181 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 14:40:36 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR335 |
| Stop Time: | 14:41:20 EST | Duration monitored: | 00:00:44 | In/Out Digits: | 15623863343 |
| Date: | 02/15/2020 | Total Duration: | 00:00:44 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       FARIO N TORRES, 619 W Arbutus St, Compton, CA


Synopsis:         LARIOS to GOGO

LARIOS:          [Aside: It's on.]

Parties greet.  LARIOS says he thought he fell asleep.  GOGO laughs.

LARIOS says he didn't know if it was AM or PM, and I was just told it was PM.  GOGO laughs.

GOGO:  I'm half way.

NONE

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:            Oh.  That's good.

GOGO: I would say around 7:00.

LARIOS:            Call me when you are almost arriving. Call me when you have service when you are
landing.

GOGO: Yes.

LARIOS:            Alright then.

GOGO: Okay.

[End of Call]

Monitored by:      Monitor285
Summarized by: Monitor285
Revised by:        Monitor293


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:40:36 EST |

| Session: | 1198 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 22:45:13 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR09 |
| Stop Time: | 22:46:07 EST | Duration monitored: | 00:00:54 | In/Out Digits: | 15623863343 |
| Date: | 02/15/2020 | Total Duration: | 00:00:54 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:


Synopsis:          GOGO to LARIOS

LARIOS:            Hello.

GOGO: Hey!

LARIOS:            What's up, man?

GOGO: I'm here already.

LARIOS:            Hey, man are you there? Shit.

**Linesheet - Minimization Details**                   User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

GOGO: Yeah.

LARIOS:          I'm running around like crazy. I'll be there in a little bit.

GOGO: Through the [U/I]

LARIOS:          Through the what?

GOGO: Through the [U/I]

LARIOS:          Oh, of course.

EOC

Monitored by:      Monitor09
Summarized by:  Monitor09
Revised by:        Monitor293

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:45:13 EST |

| Session: | 1238 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 11:38:13 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR340 |
| Stop Time: | 11:39:17 EST | Duration monitored: | 00:01:04 | In/Out Digits: | 15623863343 |
| Date: | 02/17/2020 | Total Duration: | 00:01:04 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:          LARIOS to GOGO

Parties greet.

LARIOS asks if he woke GOGO up.  GOGO negates.

LARIOS:          I want to finish up that thing.  Let's get that shit out of the way.

GOGO: Alright so uh... let me... I'm waking up now, I'll [U/I] and I'll head over there.

LARIOS:          Alright.  An hour, more or less?

GOGO: About an hour more or less. I think probably less, but more or less that.

**Linesheet - Minimization Details**　　　　　User:　　Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:　　　Alright, cool.  All set. Alright bye. Call me, dude.

GOGO:  Alright.

[End of Call]

Monitored by:　　MONITOR340
Summarized by: MONITOR340
Revised by:　　Monitor335

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 11:38:13 EST |

| Session: | 1247 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 14:17:05 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR340 |
| Stop Time: | 14:17:56 EST | Duration monitored: | 00:00:51 | In/Out Digits: | 15623863343 |
| Date: | 02/17/2020 | Total Duration: | 00:00:51 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:　　　Fario N Torres 619 W Arbutus St Compton, CA

Synopsis:　　　GOGO to LARIOS

Parties greet.

LARIOS:　　　I went to run the errand.

GOGO:  Oh, yes. I was just at your house.

LARIOS:　　　Yes?

GOGO:  I went... I left the van...  I wanted you to call me when you got there.

LARIOS:　　　I'll be there in like 30 minutes, dude.

GOGO:  Call me when you get there.

LARIOS:　　　I'll be there in 30 minutes, dude.  I just came here...

GOGO:  Okay.

NONE

**Linesheet - Minimization Details**                              User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

[End of Call]

Monitored by:      monitor340
Summarized by: monitor340 / 293
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:17:05 EST |

| Session: | 1258 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 15:04:14 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR340 |
| Stop Time: | 15:04:42 EST | Duration monitored: | 00:00:28 | In/Out Digits: | 15623863343 |
| Date: | 02/17/2020 | Total Duration: | 00:00:28 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N Torres 619 W Arbutus St Compton, CA


Synopsis:        LARIOS to GOGO

Parties greet.

LARIOS:        I'm here, dude.

GOGO: Okay. I will swing by there now.

LARIOS:        Alright.

GOGO: Alright.

[End of Call]

Monitored by:      monitor340
Summarized by: monitor340
Revised by:        Monitor293


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:04:14 EST |

**Linesheet - Minimization Details**                        User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1286 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 19:16:32 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR293 |
| **Stop Time:** | 19:17:20 EST | **Duration monitored:** | 00:00:48 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/17/2020 | **Total Duration:** | 00:00:48 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:          LARIOS to GOGO

Parties greet.

LARIOS:          Did you leave already?

GOGO: Yeah. I went there, but the dude was not there.

LARIOS:          Oh.

GOGO: I got his number.

LARIOS:          Oh, you got it?

GOGO: Yeah. I'm going to call him and then go see him.

LARIOS:          But you are going to pick up your girl first right?

GOGO: Yes. What?

LARIOS:          Okay. You are going to pick up your girl, or not?

GOGO: No, she is here with me.

LARIOS:          She is there with you?

GOGO: Yeah.

LARIOS:          Alright. I will wait here for you.

GOGO: Alright.

[End of Call]

Monitored by:          Monitor293

NONE

**Linesheet - Minimization Details**

User:          Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

Summarized by:  Monitor293
Revised by:        monitor127

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:16:32 EST |

| Session: | 1301 | Times minimized: | 2 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 21:13:29 EST | Duration minimized: | 00:00:0-1 | Monitor ID: | MONITOR293 |
| Stop Time: | 21:14:00 EST | Duration monitored: | 00:00:32 | In/Out Digits: | 15623863343 |
| Date: | 02/17/2020 | Total Duration: | 00:00:31 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:         LARIOS to GOGO

LARIOS:           [Aside: I'll probably leave.]

GOGO:  Hey.

LARIOS:           Are you far away?

GOGO:  No, I'm home, I was seeing if I [U/I] but...

LARIOS:           Come, because Joto is on his way.

GOGO:  Who?

LARIOS:           Joto... Ezequiel (ph)

GOGO:  Okay.  Where?

LARIOS:           Same place. Don't take too long man!

GOGO:  Okay.

[End of Call]

Monitored by:     Monitor293
Summarized by:    Monitor293
Revised by:        monitor127

NONE

**Linesheet - Minimization Details**                      User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:13:29 EST |
| Minimize On (System) | 21:14:00 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1318 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 11:25:49 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 11:26:37 EST | **Duration monitored:** | 00:00:48 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/18/2020 | **Total Duration:** | 00:00:48 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:       LARIOS to GOGO

Parties greet

LARIOS:             Are you ready, man?

GOGO:  What?

LARIOS:             Are you ready? [U/I]

GOGO:  I am.

LARIOS:             Okay; The guy arrived there?

GOGO:  I don't see him.

LARIOS:             Alright let me check.

GOGO:  To be ready.

LARIOS:             Okay I'll call you back

GOGO:  Okay

[END OF CALL]

Monitored by:     MONITOR127
Summarized by:  MONITOR127 / 293
Revised by:

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| **Case:** CC-20-0025 | **Target:** Jose LARIOS | **Line:** 323-545-8673 - ATT | **File Number:** |
|---|---|---|---|

| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 11:25:49 EST |

| **Session:** | 1320 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
|---|---|---|---|---|---|
| **Start Time:** | 11:27:05 EST | **Duration minimized:** | 00:00:06 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 11:28:01 EST | **Duration monitored:** | 00:00:50 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/18/2020 | **Total Duration:** | 00:00:56 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:       LARIOS to GOGO

LARIOS:       10 minutes, dude.

GOGO: Okay, cool.

LARIOS:       Alright then. When you are done working out call me, so you can head over.

GOGO: Okay.

LARIOS:       I need you to be the whole day with me man!

GOGO: Alright, dude.

LARIOS:       Yes... as soon as you... finish working out, call me.

GOGO: Okay.

LARIOS:       Alright then.

[End of Call]

Monitored by:    MONITOR127
Summarized by: MONITOR335
Revised by:

| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 11:27:05 EST |

NONE

**Linesheet - Minimization Details**                               User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1336 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 12:56:32 EST | **Duration minimized:** | 00:00:07 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 12:57:26 EST | **Duration monitored:** | 00:00:47 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/18/2020 | **Total Duration:** | 00:00:54 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        LARIOS to GOGO

Parties greet.  LARIOS says he's having something to eat.

GOGO says he will do something real quick; he got all the names; and then he will go there. LARIOS says he will pick him up in 30 minutes, because R is waiting for them. GOGO acknowledges

[END OF CALL]

Monitored by:    MONITOR127
Summarized by:  MONITOR127
Revised by:        Monitor293


| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 12:56:32 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1340 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 13:43:18 EST | **Duration minimized:** | 00:00:17 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 13:44:03 EST | **Duration monitored:** | 00:00:28 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/18/2020 | **Total Duration:** | 00:00:45 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA


Synopsis:        GOGO to LARIOS

[Call in progress]

Linesheet - Minimization Details                           User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

GOGO asks where he should go to see him.

LARIOS instructs him to go to work; at Vives (ph) very fast. GOGO acknowledges

[END OF CALL]

Monitored by:     monitor127
Summarized by:  monitor127
Revised by:        Monitor335

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:43:18 EST |
| Minimize On (System) | 13:44:03 EST |

| Session: | 1382 | Times minimized: | 2 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 21:49:15 EST | Duration minimized: | 00:00:04 | Monitor ID: | MONITOR09 |
| Stop Time: | 21:50:43 EST | Duration monitored: | 00:01:24 | In/Out Digits: | 15623863343 |
| Date: | 02/18/2020 | Total Duration: | 00:01:28 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W Arbutus St Compton, CA

Synopsis:          LARIOS to GOGO

Parties greet.

 [System Glitch]

LARIOS tells GOGO that he is going to have Joto bring him the tire.  GOGO acknowledges. LARIOS
instructs GOGO to make the invoice and asks how long it's going to take, because UTP is going to
be there at 7:30.  LARIOS acknowledges.

 EOC

Monitored by:     Monitor09
Summarized by:     Monitor09
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:49:15 EST |
| Minimize On (System) | 21:49:39 EST |

NONE

**Linesheet - Minimization Details**                           User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1384 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 22:21:08 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR09 |
| **Stop Time:** | 22:22:46 EST | **Duration monitored:** | 00:01:38 | **In/Out Digits:** | 15623863343 |
| **Date:** | 02/18/2020 | **Total Duration:** | 00:01:38 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W Arbutus St Compton, CA

Synopsis:        LARIOS to GOGO

The two greet.

LARIOS:        Are you there with David?

GOGO: No, I'm on my way.  I'm about to pull up right now.

LARIOS:        What did fucking David tell you?

GOGO: He just...

LARIOS:        Did he tell when he was going to arrive over there?

GOGO: I told him, " Bring the set of tires with you so... You bring invoice too for everything."

LARIOS:        Uh-huh.

GOGO: I don't know. As soon as he arrives [U/I] [Voices Overlap]

LARIOS:        Well if he doesn't bring anything, he can go to hell.

GOGO: Okay.

LARIOS:        I was going to tell you, he didn't tell when will they arrive?

GOGO: What was that?

LARIOS:        He didn't tell you how long? In how long they will arrive?

GOGO: He didn't tell me, man. [U/I]

LARIOS:        Because this guy will be here soon like less than ten minutes.

GOGO: Okay.

NONE

**Linesheet - Minimization Details**          User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          That guy is very punctual.

GOGO:  Okay.

LARIOS:          In any case, you take him in inside. You take him there inside and [U/I]. Wait outside. This way he won't go in because he's going to arrive and knock on the door. That's why I'm telling you.

GOGO acknowledges. The two say goodbye.


EOC

Monitored by:      monitor09
Summarized by:   monitor09
Revised by:        Monitor293


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:21:08 EST |

| Session: | 1385 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 22:27:55 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR09 |
| Stop Time: | 22:28:44 EST | Duration monitored: | 00:00:49 | In/Out Digits: | 15623863343 |
| Date: | 02/18/2020 | Total Duration: | 00:00:49 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

| Synopsis |
|---|

Subscriber:        Fario N. Torres, 619 W Arbutus St Compton, CA


Synopsis:          LARIOS to GOGO

LARIOS:            He's there.

GOGO:  He hasn't arrived.

LARIOS:            He just called me. He's there.

GOGO:  I'm here arriving with [U/I]

LARIOS:            He's probably inside. I told him to go inside.

GOGO:  He's there?

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:          I told him to go ahead. He's probably up inside.

GOGO:  Okay.

LARIOS:          I'm going to head down there as well.

GOGO:  Okay.

LARIOS:          Send him inside. Don't let him see the other guy.

GOGO:  Okay.

LARIOS:          Alright.

EOC

Monitored by:      monitor09
Summarized by:   monitor09
Revised by:          Monitor293

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:27:55 EST |

| Session: | 1388 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 00:08:09 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR09 |
| Stop Time: | 00:08:53 EST | Duration monitored: | 00:00:44 | In/Out Digits: | 15623863343 |
| Date: | 02/19/2020 | Total Duration: | 00:00:44 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:        LARIOS TO GOGO

GOGO:  Hello.

LARIOS: Hey, I'm ready, fool.

GOGO:   Huh? Okay, I'ma be here outside.

LARIOS: You're already outside?

GOGO:   Yeah.

**Linesheet - Minimization Details**          User:          Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

LARIOS:  Okay, I'm headed out now. I'm just puttin' on my shirt.

GOGO:   Huh?

LARIOS:  I'm just gettin' my shirt on. I'm coming.

GOGO: Alright.

EOC

Monitored by:    Monitor09
Summarized by: Monitor09
Revised by:       monitor127

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 00:08:09 EST |

| Session: | 1595 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 12:41:34 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 12:42:16 EST | Duration monitored: | 00:00:42 | In/Out Digits: | 15623863343 |
| Date: | 03/04/2020 | Total Duration: | 00:00:42 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:      Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        GOGO to LARIOS

Parties greet

LARIOS says he will take a shower; GOGO says he will go there shortly. LARIOS acknowledges

[END OF CALL]

Monitored by:    MONITOR127
Summarized by: MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 12:41:34 EST |

**Linesheet - Minimization Details**          User:      Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1598 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 13:31:12 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 13:31:43 EST | **Duration monitored:** | 00:00:31 | **In/Out Digits:** | 15623863343 |
| **Date:** | 03/04/2020 | **Total Duration:** | 00:00:31 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        LARIOS to GOGO

Parties greet

LARIOS asks when is he coming. GOGO says like in 15 - 20 minutes. LARIOS acknowledges

[END OF CALL]

Monitored by:
Summarized by:  monitor127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:31:12 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1637 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 11:59:29 EST | **Duration minimized:** | 00:00:01 | **Monitor ID:** | MONITOR127 |
| **Stop Time:** | 12:00:26 EST | **Duration monitored:** | 00:00:56 | **In/Out Digits:** | 15623863343 |
| **Date:** | 03/05/2020 | **Total Duration:** | 00:00:57 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:        LARIOS to GOGO

LARIOS asks if GOGO woke up.

GOGO says he's on his way to pick up the fucking "Casco"(ph) (Lit Helmet) because yesterday got
too late. [U/I] LARIOS instructs  him to call him when he's available. GOGO acknowledges  and says

NONE

**Linesheet - Minimization Details**     User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

as soon as he comes back he will call him

[END OF CALL]

Monitored by:     MONITOR127
Summarized by: MONITOR127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 11:59:29 EST |

| Session: | 1655 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 16:09:38 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 16:10:59 EST | Duration monitored: | 00:01:21 | In/Out Digits: | 15623863343 |
| Date: | 03/05/2020 | Total Duration: | 00:01:21 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N. Torres, 619 W. Arbutus St. Compton, CA

Synopsis:        LARIOS to GOGO

[LARIOS talks aside with male voice]

Parties greet

LARIOS says he's eating at El Viejon with Don Felix (Padrino) and invites GOGO to stop by if he wants to eat. [Audio Glitch]

GOGO says he will [U/I] and then swing by where LARIOS is.

LARIOS:        Do you want me to order something for you or you're going to check first?

GOGO:  Let me check real quick.  I'll call you real quick.

LARIOS:        Alright, let me know.

[End of Call]

Monitored by:     monitor127
Summarized by:   monitor225
Revised by:

**Linesheet - Minimization Details**

User:    Timothy O'Connell

| Case: CC-20-0025 | Target:  Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:09:38 EST |

| Session: | 1666 | Times minimized: | 3 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 18:21:30 EST | Duration minimized: | 00:00:04 | Monitor ID: | MONITOR293 |
| Stop Time: | 18:23:54 EST | Duration monitored: | 00:02:20 | In/Out Digits: | 15623863343 |
| Date: | 03/05/2020 | Total Duration: | 00:02:24 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N. Torres, 619 W Arbutus St Compton, CA

Synopsis:        GOGO to LARIOS

Parties greet. GOGO asks LARIOS where he should park it. LARIOS says next to the trash can.
GOGO asks LARIOS if he can park it next to the Corvette.  LARIOS tells GOGO to send him a
picture of the spot next to the Corvette and to leave the keys in the car in case he needs it.

GOGO states that the car was overheating. LARIOS asks GOGO if the car needed water.  GOGO
affirms that he put some water in the car. LARIOS complains that it's all water and that the idiot
didn't put any antifreeze in it. GOGO says that it's driving okay. LARIOS asks if it's dripping anything.
GOGO says he doesn't know but that it's driving normally.

LARIOS says that he almost ran a guy on a bike. GOGO says he'll send him the photo.

[End of Call]

Monitored by:      Monitor293
Summarized by:   Monitor293 / Monitor09
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:21:30 EST |
| Minimize On (System) | 18:21:34 EST |
| Minimize On (System) | 18:23:28 EST |

| Session: | 1708 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 11:50:25 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR127 |
| Stop Time: | 11:51:10 EST | Duration monitored: | 00:00:45 | In/Out Digits: | 15623863343 |
| Date: | 03/06/2020 | Total Duration: | 00:00:45 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

NONE

**Linesheet - Minimization Details**                    User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

## Synopsis

Subscriber:

Synopsis:        LARIOS to GOGO

Parties greet

GOGO says he's up.

LARIOS asks him if he wants to have lunch and instructs him to go at David's in 30 minutes; that he will end up running an errand for his dad. GOGO acknowledges

[END OF CALL]

Monitored by:      monitor127
Summarized by:  monitor127
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 11:50:25 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1739 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 18:31:06 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR285 |
| **Stop Time:** | 18:31:44 EST | **Duration monitored:** | 00:00:38 | **In/Out Digits:** | 15623863343 |
| **Date:** | 03/06/2020 | **Total Duration:** | 00:00:38 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N Torres, 619 W Arbutus St, Compton, CA

Synopsis:        LARIOS to GOGO

LARIOS asks if he is busy.  GOGO negates and says he's outdoors.

LARIOS instructs GOGO to come over to Padrino's, so that he can be standing by.

GOGO asks if it's where the pending thing is at.  LARIOS affirms and says he'll be waiting for him and says he is there already.

NONE

**Linesheet - Minimization Details**          User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

GOGO says they will get together [U/I].  LARIOS acknowledges.

[End of Call]

Monitored by:      Monitor285
Summarized by:  Monitor285
Revised by:

---

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:31:06 EST |

| Session: | 1740 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 18:49:04 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR285 |
| Stop Time: | 18:49:27 EST | Duration monitored: | 00:00:23 | In/Out Digits: | 15623863343 |
| Date: | 03/06/2020 | Total Duration: | 00:00:23 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:       Fario N Torres, 619 W Arbutus St, Compton, CA

Synopsis:         GOGO to LARIOS

GOGO asks if he arrived [PH] .  LARIOS negates.

GOGO asks if he can go by the back side.  LARIOS affirms.

LARIOS asks if he is walking.  GOGO affirms.

[End of Call]

Monitored by:      Monitor285
Summarized by:  Monitor285
Revised by:

---

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:49:04 EST |

| Session: | 1748 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 19:56:22 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR285 |
| Stop Time: | 19:57:28 EST | Duration monitored: | 00:01:06 | In/Out Digits: | 15623863343 |
| Date: | 03/06/2020 | Total Duration: | 00:01:06 | Subscriber: | |
| Direction: | Incoming | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

NONE

**Linesheet - Minimization Details**

User:     Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

## Synopsis

Subscriber:        Fario N Torres, 619 W Arbutus St, Compton, CA

Synopsis:          GOGO to LARIOS

GOGO says [U/I].  LARIOS asks if he shook them.

LARIOS says it's the brown ones.  GOGO says what is there is like of the whites ones, the [U/I] young coconut.

LARIOS asks if they are without the peel.  GOGO says he is going to send him the picture.

LARIOS asks if he found everything else.  GOGO affirms and says he is going to look for the [U/I]. LARIOS instructs GOGO to send him a picture.

[End of Call]

Monitored by:      Monitor285
Summarized by:  Monitor285
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:56:22 EST |

| Session: | 1753 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 20:17:06 EST | Duration minimized: | 00:00:03 | Monitor ID: | MONITOR285 |
| Stop Time: | 20:18:43 EST | Duration monitored: | 00:01:34 | In/Out Digits: | 15623863343 |
| Date: | 03/06/2020 | Total Duration: | 00:01:37 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:          LARIOS to GOGO

LARIOS tells GOGO to grab those ones.  GOGO says to tell him what time [U/I].

LARIOS tells GOGO to drop off that at this dude.  GOGO acknowledges.

LARIOS asks if he remembers what he told him about his brother-in-law and asks if he can check.

**Linesheet - Minimization Details**          User:          Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

GOGO says he will call him right now.

LARIOS says he thinks 2.  GOGO says he will call right now and let him know what he says.

LARIOS says to let him know, so that it doesn't get late, because [U/I] is bugging him.  GOGO acknowledges.

[End of Call]

Monitored by:     Monitor285
Summarized by:  Monitor285
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:17:06 EST |

| Session: | 1754 | Times minimized: | 1 | Associate DN: | (562) 386-3343 |
|---|---|---|---|---|---|
| Start Time: | 20:21:49 EST | Duration minimized: | 00:00:00 | Monitor ID: | MONITOR285 |
| Stop Time: | 20:22:25 EST | Duration monitored: | 00:00:36 | In/Out Digits: | 15623863343 |
| Date: | 03/06/2020 | Total Duration: | 00:00:36 | Subscriber: | |
| Direction: | Outgoing | Primary Language: | Spanish | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:

Synopsis:        LARIOS to GOGO

LARIOS asks if the last 2 digits of the one (car) he is coming in end with 15.  GOGO asks for what.

LARIOS says the plates of the one that he is driving.  GOGO says he is unsure what number they end in.

LARIOS says if it ends with 15 to just call him.  GOGO acknowledges.

[End of Call]

Monitored by:     Monitor285
Summarized by:  Monitor285
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:21:49 EST |

Linesheet - Minimization Details                        User:        Timothy O'Connell

| Case: CC-20-0025 | Target: Jose LARIOS | Line: 323-545-8673 - ATT | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1755 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 20:29:51 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR285 |
| **Stop Time:** | 20:30:45 EST | **Duration monitored:** | 00:00:54 | **In/Out Digits:** | 15623863343 |
| **Date:** | 03/06/2020 | **Total Duration:** | 00:00:54 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N Torres, 619 W Arbutus St, Compton, CA

Synopsis:        GOGO to LARIOS

GOGO says the last 2 (digits) are 14 and his wife's are 585.

LARIOS asks if the Lambro [PH] arrived.  GOGO affirms and asks if they are from the musicians.
LARIOS affirms.

LARIOS says he wanted to make sure or pick them up right now.  GOGO asks what happened.
LARIOS says he doesn't know and it was the same color.

LARIOS asks if he called over to his brother-in-law.  GOGO negates and says he is going to call
right now and had to place him on speaker phone, because he can't hear anything from the speaker.

GOGO says he is going to call him (brother-in-law) and call LARIOS.  LARIOS acknowledges.

[End of Call]

Monitored by:        Monitor285
Summarized by:   Monitor285
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 20:29:51 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1757 | **Times minimized:** | 2 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 21:53:23 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR285 |
| **Stop Time:** | 21:54:02 EST | **Duration monitored:** | 00:00:39 | **In/Out Digits:** | 15623863343 |
| **Date:** | 03/06/2020 | **Total Duration:** | 00:00:39 | **Subscriber:** | |
| **Direction:** | Incoming | **Primary Language:** | Spanish | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

**Linesheet - Minimization Details**                              User:      Timothy O'Connell

| Case: CC-20-0025 | **Target:** Jose LARIOS | **Line:** 323-545-8673 - ATT | **File Number:** |
|---|---|---|---|

Subscriber:        Fario N Torres, 619 W Arbutus St, Compton, CA


Synopsis:          GOGO to LARIOS

GOGO says it's 150 and asks if that's fine.

LARIOS asks how much.  GOGO says 150 each.

LARIOS says to bring 2.  GOGO acknowledges.

LARIOS asks if he is there to grab from there.  GOGO says he has.

LARIOS says to grab from there and if he can get right now to get them.

GOGO says he is heading over there.    LARIOS tells GOGO to bring him that and the bottle, so he doesn't go back and forth.  GOGO acknowledges.

[End of Call]

Monitored by:      Monitor285
Summarized by:  Monitor285
Revised by:


| Minimization Event | Time |
|---|---|
| Minimize On (System) | 21:53:23 EST |
| Minimize On (System) | 21:54:02 EST |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 1758 | **Times minimized:** | 1 | **Associate DN:** | (562) 386-3343 |
| **Start Time:** | 22:19:36 EST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | MONITOR285 |
| **Stop Time:** | 22:20:20 EST | **Duration monitored:** | 00:00:44 | **In/Out Digits:** | 15623863343 |
| **Date:** | 03/06/2020 | **Total Duration:** | 00:00:44 | **Subscriber:** | |
| **Direction:** | Outgoing | **Primary Language:** | English | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | ., . |
| | | | | | Gogo apcs 1077_1079 |

## Synopsis

Subscriber:        Fario N Torres, 619 W Arbutus St, Compton, CA


Synopsis:          LARIOS to GOGO

LARIOS tells GOGO to just come over and says he won't be able to answer.

LARIOS tells GOGO to come inside.

**NONE**

**Linesheet - Minimization Details**                                    **User:**      Timothy O'Connell

| **Case:** CC-20-0025 | **Target:** Jose LARIOS | **Line:** 323-545-8673 - ATT | **File Number:** |
|---|---|---|---|

LARIOS asks if he heard him.

LARIOS says to just come in when he arrives.  GOGO acknowledges.

[End of Call]

Monitored by:     Monitor285
Summarized by:  Monitor285
Revised by:

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 22:19:36 EST |

END